IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PROFESSIONAL DRUG COMPANY, INC.**     **PLAINTIFF**

**VERSUS**     **CIVIL ACTION NO. 1:11cv196-LG-RHW**

**WYETH, INC.**     **DEFENDANT**

**AND**

**STEPHEN L. LaFRANCE HOLDINGS, INC.,** *et al.*     **PLAINTIFFS**

**VERSUS**     **CIVIL ACTION NO. 1:11cv199-HSO-JMR**

**WYETH, INC.**     **DEFENDANT**

**AND**

**ROCHESTER DRUG CO-OPERATIVE, INC.**     **PLAINTIFF**

**VERSUS**     **CIVIL ACTION NO. 1:11cv221-HSO-JMR**

**WYETH, LLC,** *et al.*     **DEFENDANTS**

## ORDER

Before the Court is the parties' unopposed motion to consolidate the above actions filed as motion [14] in Civil Action No. 1:11cv196-LG-RHW. The complaints filed in the cases contain virtually identical allegations, involving common questions of law and fact. The Court finds that consolidation is proper pursuant to Rule 42, *Fed.R.Civ.P.* It is therefore,

**ORDERED** that the three above styled cases are hereby consolidated for all purposes, and *Stephen L. LaFrance Holdings Inc., et al. v. Wyeth Inc.*, Civil Action No. 1:11cv119-HSO-JMR, and *Rochester Drug Co-operative, Inc. v. Wyeth LLC, et al.,* Civil Action No. 1:11cv221-HSO-JMR shall be reassigned to District Judge Louis Guirola, Jr. and Magistrate Judge Robert

H. Walker, and consolidated into *Professional Drug Company, Inc. v. Wyeth, Inc.*, 1:11cv196-LG-RHW, and all future filings shall be made in Civil Action No.1:11cv196-LG-RHW.  It is further,

**ORDERED** that by June 23, 2011, Plaintiffs shall file a single amended consolidated complaint, to which Defendant(s) shall file their answer by August 1, 2011.

SO ORDERED, this the 21st day of June, 2011.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE