Peter S. Pearlman
COHN LIFLAND PEARLMAN
HERRMAN & KNOPF, LLP
Park 80 Plaza West-One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
Tel: 201-845-9600
Fax: 201-845-9423
psp@njlawfirm.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NEW JERSEY

| | |
|---|---|
| IN RE EFFEXOR XR ANTITRUST LITIGATION | LEAD CASE No.: 11-5479 (JAP)(LHG) |
| This Document Relates To: | |
| Direct Purchaser Class Actions | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John D. Radice, of the firm and address below, and who is admitted in this Court, appears as counsel for Plaintiff Professional Drug Company, Inc. (3:11-cv-5479).

John D. Radice
**RADICE LAW FIRM**
34 Sunset Blvd
Long Beach, NJ 08008
Tel: (646) 245-8502
jradice@radicelawfirm.com

This change is effective immediately. All other counsel of record for Plaintiff remain unchanged.

Dated: June 14, 2012			By:	*/s/ John D. Radice*
					John D. Radice (JR 9033)
					Radice Law Firm
					34 Sunset Blvd
					Long Beach, NJ 08008
					Tel: (646) 245-8502
					www.radicelawfirm.com

## CERTIFICATE OF SERVICE

I, John D. Radice, certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court via ECF on the 14th day of June, 2012, which will send notification of such filing to all counsel of record.

    /s/  *John D. Radice*