**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

TO: All Counsel of Record

FROM: Peter G. Sheridan, Esq.

DATE: July 2, 2013

RE: In Re Effexor XR Antitrust Litigation
11-5479 (PGS)
_____

    As you know, in the Lipitor case there has been ongoing discovery during the pendency of the motion to dismss, and final briefs will not be submitted until later this month.

    In light of same, the court is considering vacating the stay in these cases and initiating discovery. Before determining whether to do same, I request your input.

    Please provide a short letter no more than four pages (double spaced) with your comments by July 8, 2013.