# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

*[Handwritten: Argument will be heard on December 4, 2014 at 10:00 am]*

*[Handwritten: ORDERED: Peter Sheridan]*

*[Handwritten: DATED: 10/30/14]*

LIZA M. WALSH
DIRECT DIAL: (973) 533-4216
lwalsh@connellfoley.com

October 30, 2014

**VIA ECF**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   **In re Effexor XR Antitrust Litigation, Civil Action No. 11-5479 (PGS/LHG)**

Dear Judge Sheridan:

    Defendants and Direct Purchaser Plaintiffs respectfully request an extension of time for Defendants to file a response to and the Direct Purchaser Plaintiffs to file a reply in support of (1) the Direct Purchaser Class Plaintiffs' Motion for Reconsideration to Allow Re-Pleading (ECF No. 365) and (2) the Direct Purchaser Class Plaintiffs' Motion for Entry of Judgment Under Rule 54(b) or, in the Alternative, Certification of Appeal Pursuant to 28 U.S.C. § 1292(b) (ECF No. 367) (collectively, the "Motions").

    Defendants request, and the Direct Purchaser Class Plaintiffs have agreed to, an extension until November 14, 2014 to respond to the Motions. Direct Purchaser Class Plaintiffs request the opportunity to file a reply brief in further support of the Motions on or before November 24, 2014, to which Defendants have likewise agreed. These Motions would not have been fully briefed in time for the November 6, 2014 status hearing even under their original deadlines.

    We appreciate the Court's consideration, and are of course available to discuss any of the foregoing at the Court's convenience.

Respectfully submitted,

s/*Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)