**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

TO:     All Counsel of Record

FROM:   Peter G. Sheridan

DATE:   November 3, 2014

RE:     In Re Effexor XR Antitrust Litigation
        11-cv-5479 (PGS)

---

Unless otherwise requested by counsel, the Court adjourns the conference in this matter until December 4, 2014 at 10:00 a.m.