# WILENTZ
## WILENTZ, GOLDMAN & SPITZER P.A.
**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)
WARREN W. WILENTZ (1949-2010)

RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
JAMES E. TRABILSY
MAUREEN S. BINETTI◁
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT◁
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
EDWIN LEAVITT-GRUBERGER[2]
BARRY A. COOKE
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE

ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,6,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE[1]
DONALD E. TAYLOR[3]
BRETT R. HARRIS[2]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[20]
GRACE D. MACK[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[24]
DAVID P. PEPE
JOHN E. HOGAN[2]
EVERETT M. JOHNSON[2]
DANIEL R. LAPINSKI[23]
TODD E. LEHDER[6,7]
PHILIP A. TORTORETI[11,12]
KELLY A. ERHARDT-WOJIE[3]
ALEX LYUBARSKY[2]
ELLEN TORREGROSSA-O'CONNOR
MICHAEL A. PAFF[2]
JOSEPH J. RUSSELL, JR.[2]

**OF COUNSEL**
ALAN B. HANDLER[5]
FRANCIS V. BONELLO
BRUCE M. KLEINMAN[25]
C. KENNETH SHANK[2]

**COUNSEL**
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES
JONATHAN J. BART[1,2,3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BARBARA J. KOONZ[3,10]
ELIZABETH C. DELL[2]
ROBERT L. SELVERS[2]
JOHN P. MURDOCH II
GREGORY D. SHAFFER[2]◁
ALYSON M. LEONE[2]

**ASSOCIATES**
LINDA LASHBROOK
ALBERTINA WEBB[2]
STEPHANIE D. GIRONDA
LOUIS J. SEMINSKI, JR.
MICHAEL F. FRIED[2]
MATTHEW SKOLNIK[3]
VINCENT CHENG[2]
KEITH L. HOVEY[2,3]
CHAD YABLONSKY[2]

CHERYL E. CONNORS
JAMES TRACY
DANIEL J. KLUSKA
KARIN K. SAGE
CORINNE L. McCANN
SATISH V. POONDI
KUSH SHUKLA[2,10]
RACHEL C. HEINRICH[3]
ANNEMARIE T. GREENAN[3]
ERIC M. FINKELSTEIN[2]
NANOR L. TERJANIAN[2]
JENNA N. SHAPIRO[7]
ANDREW GROUS[2,3]
BRIDGET V. KANE[2]
RISA M. CHALFIN
JUSTIN HOLLANDER[2]
LISA GORA
FOTINI KARAMBOULIS[2]
JUNE YONG LEE[2]

◁ Certified Civil Trial Attorney
☐ Certified Criminal Trial Attorney
† Certified Workers Comp. Attorney
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

Please reply to:
Woodbridge
Direct Dial: (732) 855-6402
Direct Fax: (732) 726-6686
Email: kroddy@wilentz.com

December 5, 2014

**VIA ECF**

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 4050
Trenton, NJ 08608

Re: *In re Effexor XR Antitrust Litigation,* Lead Case No. 3:11-cv-5479;
Civil Action No. 3:11-cv-5590 (D.N.J.)

Dear Judge Sheridan:

On behalf of the Individual Third Party Payor Plaintiffs, Painters District Council No. 30 Health & Welfare Fund and Medical Mutual of Ohio, I regret to inform Your Honor that due to a schedule conflict (I must defend a deposition in San Francisco), I am unable to appear in Court on Monday, December 8, at 10:00 am.

We respectfully request permission for my co-counsel, Mark Sandmann, Esq., to participate by telephone. I have spoken with Liza Walsh, Esq., counsel for Defendants, and she has no objection to this arrangement. I apologize to the Court and its staff, and to counsel, for any resulting inconvenience.

WILENTZ, GOLDMAN & SPITZER, P.A.

/s/ *Kevin P. Roddy*

KEVIN P. RODDY

Cc: All Counsel of Record (via ECF)

#7758654