UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION | Lead Case No. 3:11-cv-05479 (PGS)(LHG) |
| **This Document Relates To:** | Case No. 3:11-cv-06985 (PGS)(LHG) (*Walgreen*) |
| *Walgreen Co. et al.* | |

### [PROPOSED] ORDER ENTERING FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b)

THIS matter having come before the Court by Motion for the entry of a final judgment pursuant to Fed. R. Civ. P. 54(b) or, in the alternative, for certification of issues for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and the Court having considered the positions of all parties, and there being no objection by Defendants to entry of a final judgment pursuant to Fed. R. Civ. P. 54(b), and good cause being shown,

IT IS on this 13 day of Jan, 2015,

ORDERED that this Court hereby directs entry of a final judgment pursuant to Fed. R. Civ. P. 54(b) as to the claim under Count Two of Plaintiffs' Complaint (Case No. 11-6985, ECF No. 1) that was dismissed in the Court's Order and Opinion entered on October 6, 2014 (Case No. 11-5479, ECF Nos. 353 and 359), as this Court finds no just reason for delay.

_____
PETER G. SHERIDAN, U.S.D.J.