UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION | Lead Case No. 3:11-cv-05479 (PGS)(LHG) |
| This Document Relates To: | Case No. 3:12-cv-3116 (PGS)(LHG) (*Giant Eagle*) |
| *Giant Eagle, Inc.* | |

---

### [PROPOSED] ORDER ENTERING FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b)

THIS matter having come before the Court by Motion for the entry of a final judgment pursuant to Fed. R. Civ. P. 54(b) or, in the alternative, for certification of issues for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and the Court having considered the positions of all parties, and there being no objection by Defendants to entry of a final judgment pursuant to Fed. R. Civ. P. 54(b), and good cause being shown,

IT IS on this 13 day of ~~December, 2014~~ Jan 2015,

ORDERED that this Court hereby directs entry of a final judgment pursuant to Fed. R. Civ. P. 54(b) as to the claim under Count Two of Plaintiff's Complaint (Case No. 12-3116, ECF No. 1) that was dismissed in the Court's Order and Opinion entered on October 6, 2014 (Case No. 11-5479, ECF Nos. 353 and 357), as this Court finds no just reason for delay.

_____
PETER G. SHERIDAN, U.S.D.J.