UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

In re EFFEXOR XR ANTITRUST LITIGATION

This Document Relates To:

*Direct Purchaser Class Actions*

Lead Case No. 3:11-cv-05479 (PGS/LHG)

## [PROPOSED] ORDER ENTERING FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b)

THIS matter having come before the Court by Motion of Direct Purchaser Class Plaintiffs for an Order for the entry of a final judgment pursuant to Fed. R. Civ. P. 54(b) or, in the alternative, for certification of issues for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and the Court having considered the positions of all parties, and there being no objection by Defendants to entry of a final judgment pursuant to Fed. R. Civ. P. 54(b), and good cause being shown,

IT IS on this 13 day of Jan 2015,

ORDERED that this Court directs entry of a final judgment pursuant to Fed. R. Civ. P. 54(b) as to the claim under Count II of the Direct Purchaser Class Plaintiffs' Second Amended Class Action Complaint (ECF No. 287) that was dismissed in the Court's Order and Opinion entered on October 6, 2014 (ECF Nos. 353 and 354), as this Court finds no just reason for delay.

_____
PETER G. SHERIDAN, U.S.D.J.

Americas 90343306