**Barry L. Refsin (BLR-5343)**
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
**One Logan Square, 27th Floor**
**Philadelphia, PA 19103**
**(215) 568-6200**
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION  _____  This Document Relates To:  *Rite Aid/CVS* (No. 3:12-cv-3523) | Master Docket No. 3:11-cv-5479( PGS)(LHG) |

## NOTICE OF APPEAL

Please take notice that Plaintiffs Rite Aid Corporation, Rite Aid Hdqtrs. Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc. d/b/a Brooks Pharmacy, Eckerd Corporation, and CVS Caremark Corporation appeal to the United States Court of Appeals for the Third Circuit from the Order filed in this case on January 13, 2015 (Case No. 11-5479, Doc. No. 395) entering final judgment pursuant to Fed. R. Civ. P. 54(b) as to the claim under Count Two of Plaintiffs' Complaint (Case No. 12-3523, Doc. No. 1), and all orders subsumed therein including the Court's October 6, 2014 Order and Opinion

(Case No. 11-5479, Doc. Nos. 353 and 356) dismissing Count Two of Plaintiffs' Complaint.

Dated:  January 15, 2015

          Respectfully submitted,

          /s/ Barry L. Refsin
          Barry L. Refsin (BLR 5343)
          Hangley Aronchick Segal Pudlin & Schiller
          One Logan Square, 27th Floor
          Philadelphia, PA 19103
          (215) 568-6200
          brefsin@hangley.com

          Monica L. Rebuck
          Hangley Aronchick Segal Pudlin & Schiller
          4400 Deer Path Road, Suite 200
          Harrisburg, PA 17110
          (717) 364-1007
          mrebuck@hangley.com

*Attorneys for Plaintiffs Rite Aid Corporation, Rite Aid Hdqtrs. Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc. d/b/a Brooks Pharmacy, Eckerd Corporation, and CVS Caremark Corporation*

<u>Certificate of Service</u>

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk and served on all counsel of record this January 15, 2015 via the Court's CM/ECF system.

<u>s/ Barry L. Refsin</u><br>
Barry L. Refsin