IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | Civil Action No. 3:11-5479 (PGS/LHG)<br><br>**STIPULATION AND ORDER MODIFYING DISCOVERY CONFIDENTIALITY ORDER**<br><br>*Electronically Filed* |

**THE PARTIES** having agreed to and having signed a Stipulated Discovery Confidentiality Order ("DCO"), and the DCO having been executed by the Honorable Lois H. Goodman, U.S.M.J., on August 23, 2013 (DE No. 244 in Civil Action No. 11-5479);

**IT APPEARING** that paragraph 5(b)(iii) of the DCO allows each party to identify "up to four (4) in-house counsel for each Party" to whom certain Confidential Information may be disclosed, and the parties having agreed and consented to the addition, under paragraph 5(b)(iii) of the DCO, of Connie Matteo and Carlton Wessel as in-house counsel for Defendants Wyeth LLC, Wyeth Pharmaceuticals, Inc., Wyeth-Whitehall Pharmaceuticals LLC, and Wyeth Pharmaceuticals Company (collectively, the "Wyeth"), and the removal of Malini Moorthy as in-house counsel for Wyeth;

**IT IS THEREFORE** stipulated and agreed that Connie Mateo and Carlton Wessel shall be added to paragraph 5(b)(iii) of the DCO, and that Malini Moorthy shall be removed from paragraph 5(b)(iii) of the DCO; and

**IT IS FURTHER** stipulated and agreed that the in-house counsel for Wyeth being added to the DCO by this Stipulation shall abide by all the terms and conditions of the DCO and shall be granted access to all "Confidential" information protected under the DCO after execution of the Endorsement attached to the DCO as Exhibit A, acknowledging the he or she has read the DCO

and shall abide by its terms.

**SO ORDERED** this 23RD day of JANUARY, 2019

_____
Hon. Lois H. Goodman, U.S.M.J.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**<br><br>*Chair, Indirect Purchaser Plaintiffs' Executive Committee* | **WALSH PIZZI O'REILLY FALANGA LLP**<br><br>*Attorneys for Defendants Wyeth LLC, Wyeth Pharmaceuticals, Inc., Wyeth-Whitehall Pharmaceuticals LLC, and Wyeth Pharmaceuticals Company* |
| BY:  *s/ Lindsey H. Taylor*<br>       James C. Cecchi<br>       Lindsey H. Taylor | BY:  *s/Liza M. Walsh*<br>       Liza M. Walsh |
| DATE:  January 22, 2019 | DATE:  January 22, 2019 |
| **COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**<br><br>*Liaison Counsel for the Direct Purchaser Class* | **TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP**<br><br>*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.* |
| BY:  *s/ Peter S. Pearlman*<br>       Peter S. Pearlman | BY:  *s/ Brian M. English*<br>       Brian M. English |
| DATE:  January 22, 2019 | DATE:  January 22, 2019 |

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

*Attorneys for Rite Aid Corporation, Rite Aid Hdqtrs. Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc. d/b/a Brooks Pharmacy and Eckerd Corporation*

BY: *s/ Barry L. Refsin*
Barry L. Refsin

DATE: January 22, 2019

**KENNY NACHWALTER P.A.**

*Attorneys for Walgreen Plaintiffs*

BY: *s/ Scott E. Perwin*
Scott E. Perwin

DATE: January 22, 2019

**MARCUS & SHAPIRA, LLP**

*Attorneys for Giant Eagle Plaintiffs*

BY: *s/ Brian C. Hill*
Brian C. Hill

DATE: January 22, 2019

**VANEK, VICKERS & MASINI P.C.**

*Attorneys for Meijer Plaintiffs*

BY: *s/ John P. Bjork*
John P. Bjork

DATE: January 22, 2019