COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
MATTHEW F. GATELY
PETER S. PEARLMAN
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 0766
Tel: (201) 845-9600
Fax: (201) 845-9423
Email: mfg@njlawfirm.com
*Liaison Counsel for the Direct Purchaser Plaintiff Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: Effexor XR Antitrust Litigation<br><br>This document relates to:<br><br>All actions | Lead case: 3:11-cv-05479-PGS-LHG |

**NOTICE OF PLAINTIFFS' MOTION TO COMPEL**

**To:    Steve Moore
        Withers Bergman LLP
        1700 East Putnam Avenue, Suite 400
        Greenwich, Connecticut 06870-1366
        steven.moore@withersworldwide.com**

**PLEASE TAKE NOTICE** that on May 6, 2019, or such other date as the Court shall determine, the undersigned, counsel for the Plaintiffs in the above-captioned litigation will move for an Order compelling Zydus Pharmaceuticals

(USA) Inc. and Cadila Healthcare Limited (together, "Zydus") to produce certain categories of documents in response to Plaintiffs' subpoena to Zydus.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Plaintiffs will rely upon the Memorandum of Law in Support of Plaintiffs' Motion to Compel Zydus Pharmaceuticals U.S.A. and Cadila Healthcare Limited to Produce Documents and Declaration of A. Luke Smith in Support of Plaintiffs' Motion to Compel Zydus Pharmaceuticals U.S.A. and Cadila Healthcare Limited to Produce Documents (and the exhibits thereto), submitted herewith.

Dated: March 27, 2019

Respectfully submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately
Peter S. Pearlman
Cohn Lifland Pearlman
   Herrmann & Knopf LLP
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600
mfg@njlawfirm.com

*Direct Purchaser Class Plaintiffs Liaison Counsel*