# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| JAN ALAN BRODY | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | STEPHEN R. DANEK |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **FAX (973) 994-1744** | CHRISTOPHER H. WESTRICK* | DONALD A. ECKLUND |
| CHARLES M. CARELLA | MELISSA E. FLAX | www.carellabyrne.com | JAMES A. O'BRIEN  III** | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | ZACHARY S. BOWER+ |
| | G. GLENNON TROUBLEFIELD | | OF COUNSEL | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | BRIAN H. FENLON | | | CHRISTOPHER J. BUGGY |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | *CERTIFIED BY THE SUPREME COURT OF | JOHN V. KELLY III |
| ELLIOT M. OLSTEIN (1939-2014) | CAROLINE F. BARTLETT | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | MICHAEL A. INNES |
| | | | **MEMBER NY AND MA BARS ONLY | |
| | | | | +MEMBER FL BAR ONLY |

April 9, 2019

**VIA ECF**

The Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    *In re Effexor XR Antitrust Litigation*
              Civ. No. 3:11-cv-05479 (PGS)(LHG)

Dear Judge Sheridan:

      We are Chair of the End-Payor Class Plaintiffs' ("EPPs") Executive Committee in the above-captioned matter.  I write on behalf of the EPPs and all parties in response to Your Honor's March 29, 2019 Judicial Notice to Counsel to advise the Court that all parties consent to the appointment of a discovery Special Master.

      Counsel are in the process of meeting and conferring in an attempt to come to a collective resolution on the remaining three items raised in that Notice.  The parties respectfully request an extension until April 25, 2019 to advise the Court of the resolution of the remaining issues or each party's respective position(s) on any issue(s) that they have not resolved.

      We appreciate the Court's attention to this matter.  We are available should Your Honor or Your Honor's staff have any questions or require anything further.

                        Respectfully submitted,

                        CARELLA, BYRNE, CECCHI,
                        OLSTEIN, BRODY & AGNELLO

                        /s/ James E. Cecchi

                        JAMES E. CECCHI

cc:  All Counsel of Record (via ECF)