# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re EFFEXOR XR ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All CASES | Master Docket No.<br>3:11-cv-05479 (PGS/LHG) |
|---|---|

## SECOND AMENDED SCHEDULING ORDER

It is hereby ORDERED that the Amended Scheduling Order previously entered at ECF #548 will be amended as follows:

| EVENT | CURRENT | AMENDED |
|---|---|---|
| Fact discovery closes | April 22, 2019 | September 27, 2019 |
| Plaintiffs serve all opening expert reports | June 4, 2019 | November 8, 2019 |
| Defendants serve all opposition expert reports | August 2, 2019 | January 29, 2020 |
| Plaintiffs serve all rebuttal expert reports | September 20, 2019 | March 18, 2020 |
| Plaintiffs file motions for class certification | September 27, 2019 | March 25, 2020 |
| Deadline for deposing class cert experts* | October 4, 2019 | April 1, 2020 |
| All *Daubert* motions filed on class cert experts | October 11, 2019 | April 8, 2020 |
| Close of expert discovery | November 1, 2019 | April 29, 2020 |

| EVENT | CURRENT | AMENDED |
|---|---|---|
| Defendants file class cert opposition briefs | November 8, 2019 | May 6, 2020 |
| All *Daubert* class certification oppositions filed | November 15, 2019 | May 13, 2020 |
| Plaintiffs file class certification reply briefs | December 20, 2019 | June 17, 2020 |
| *Daubert* class cert replies filed | January 7, 2020 | July 8, 2020 |
| Class cert hearing | TBD | TBD |
| Deadline for filing Rule 56 motions | January 24, 2020 | July 29, 2020 |
| Deadline for filing opposition to Rule 56 motions | March 13, 2020 | September 23, 2020 |
| Deadline for filing Rule 56 replies | April 10, 2020 | October 21, 2020 |
| Rule 56 hearing | TBD | TBD |
| Trial Date (Proposed by plaintiffs; Defendants believe no trial date should be scheduled at this time) | TBD | March 22, 2021 or TBD |

Dated: APRIL 10, 2019

_____
Honorable Lois H. Goodman, U.S.M.J.