

**ONE RIVERFRONT PLAZA**
1037 Raymond Blvd., Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 1, 2019

**VIA ECF**

Honorable Lois H. Goodman, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Honorable Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street Room 6000
Trenton, New Jersey 08608

**Re:** *In re Effexor XR Antitrust Litigation*, Case No. 3:11-cv-05479 (D.N.J.) and *In re Lipitor Antitrust Litigation*, Case No. 3:12-cv-02389 (D.N.J.)

Dear Judge Goodman and Judge Arpert:

    We write further to the Court's Order dated May 23, 2019 in the above-referenced actions. The parties have been conferring with respect to search terms, custodians, and other parameters of discovery relating to relevant product market, and respectfully request additional time to confer in the hope of resolving all outstanding issues.

    The parties propose to report to the Court by July 12 as to the status of their discussion and any remaining issues that need to be addressed by the Court.

    As always, we thank the Court for its continued attention to these matters and are available should Your Honors have any questions.

    Respectfully submitted,

    *s/Liza M. Walsh*

    Liza M. Walsh

cc:    All Counsel of Record (via ECF)