

# PILGRIM
## MEDIATION GROUP LLC

**Managing Members**
Stephen M. Greenberg
Jonathan J. Lerner

4 Times Square
New York, N.Y. 10036
P: 646-616-0104 | F: 917-777-2550
www.pilgrimmediationgroup.com

August 15, 2019

RECEIVED

AUG 16 2019

AT 8:30_____M
WILLIAM T. WALSH
CLERK

BY FED EX

Honorable William T. Walsh
Clerk of the Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: <u>Effexor Xr Antitrust Litigation, 3:11- cv-05479 (PGS)(LGH)</u>

Dear Mr. Walsh:

I am serving as Judge Sheridan's Discovery Master in the <u>Effexor XR Antitrust Litigation</u>, 3:11-cv-05479 (PGS)(LGH). In Paragraph 4 of the Court's July 10, 2019 Order of Appointment [ECF #603], I am required after issuing any order, decision or other directive to "file it electronically on the case docket via Electronic Case Filing ('ECF')".

I have enclosed a letter to counsel dated August 15, 2019 which comes within the Court's ECF filling directive and respectfully request it be filed on the ECF docket.

Thank you for your attention.

Very truly yours,

Jonathan J. Lerner
Special Discovery Master

Enclosure



# PILGRIM
## MEDIATION GROUP LLC

**Managing Members**
Stephen M. Greenberg
Jonathan J. Lerner

4 Times Square
New York, N.Y. 10036
P: 646-616-0104 | F: 917-777-2550
www.pilgrimmediationgroup.com

August 15, 2019

VIA EMAIL

Peter S. Pearlman, Esq.
Matthew F. Gately, Esq.
Cohn Lifland Pearlman Herrmann &
    Knopf LLP
Park 80 Plaza West One
250 Pehle Avenue
Suite 401
Saddle Brook, New Jersey 07663
psp@njlawfirm.com
mfg@njlawfirm.com
Direct Purchaser Class Liaison Counsel

James Nealon, Esq.
Steven Moore, Esq.
Withers, Bergman LLP
1700 East Putnam Avenue
Suite 400
Greenwich, Connecticut  06870-1366
james.nealon@withersworldwide.com
steven.moore@withersworldwide.com

Re:  In Re: Effexor Xr Antitrust Litigation, 3:11-cv-05479 (PGS)(LGH) Motion to Compel [EFF #581]

Dear All:

    Could you please submit a report by ECF on or before August 21, 2019 on the status of Plaintiffs' Motion to Compel (ECF #581) and identifying any issues that still need to be addressed.  (See also ECF #586 and #587 (related correspondence subsequently addressed to Judge Goodman)).

Very truly yours

Jonathan J. Lerner
Special Discovery Master

Cc:  All Counsel of Record (via EFC)