# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)
ELLIOT M. OLSTEIN (1939-2014)

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
AVRAM S. EULE
CHRISTOPHER H. WESTRICK*
JAMES A. O'BRIEN III**

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY AND MA BARS ONLY

RAYMOND J. LILLIE
WILLIAM SQUIRE
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY
JOHN V. KELLY III
MICHAEL A. INNES

+MEMBER FL BAR ONLY

September 6, 2019

<u>VIA ECF</u>

Honorable Lois H. Goodman
United States Magistrate Judge
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

       Re:    *Effexor XR Antitrust Litigation*
             <u>Master Docket 11-5479(PGS)(LHG)</u>

Dear Judge Goodman:

      We are Chair of the End-Payor Class Plaintiffs' ("EPPs") Executive Committee in the above-captioned matter. On behalf of all of the parties, enclosed for the Court's consideration is a proposed updated scheduling order which has been agreed to by the parties. If it is acceptable to the Court, kindly sign the Order and have a "filed" copy returned to us via the Court's ECF system.

      Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

                             Respectfully submitted,

                             CARELLA, BYRNE, CECCHI,
                         OLSTEIN, BRODY & AGNELLO, P.C.

                             /s/ Lindsey H. Taylor

                             LINDSEY H. TAYLOR

cc:    All counsel (via ECF)