UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION | Master Docket No. 11-5479 (PGS)(LHG) |
| This Document Relates To: All CASES | **THIRD AMENDED SCHEDULING ORDER** |

THIS MATTER having been opened to the Court jointly by the Parties extending the time for completion of discovery and other events, and good cause appearing,

IT IS THIS         day of September, 2019

ORDERED that the Second Amended Scheduling Order previously entered at ECF #585 will be amended as follows:

| Event | Amended date |
|---|---|
| Plaintiffs commence document production | Tuesday, October 1, 2019 |
| Presumptive date for commencement of party fact depositions. | Wednesday, December 4, 2019 |
| Plaintiffs' date for substantial completion of production of documents | Wednesday, December 4, 2019 |
| Fact discovery closes | Thursday, June 18, 2020 |
| Plaintiffs serve all opening expert reports | Wednesday, July 1, 2020 |
| Defendants serve opposition expert reports | Wednesday, September 23, 2020 |
| Plaintiffs serve rebuttal expert reports | Thursday, November 12, 2020 |
| Plaintiffs file motions for class certification | Thursday, November 19, 2020 |
| Deadline for deposing class cert experts | Monday, December 7, 2020 |
| All *Daubert* motions filed on class cert experts | Thursday, December 17, 2020 |
| Close of expert discovery | Friday, January 15, 2021 |
| Defendants file class cert opposition briefs | Friday, January 15, 2021 |
| All *Daubert* class certification oppositions filed | Thursday, January 28, 2021 |
| Plaintiffs file class certification reply briefs | Tuesday, February 23, 2021 |
| *Daubert* class cert replies filed | Tuesday, March 2, 2021 |
| Class cert hearing | TBD |
| Deadline for filing Rule 56 motions | Friday, March 19, 2021 |
| Deadline for filing opposition to Rule 56 motions | Friday, May 14, 2021 |
| Deadline for filing Rule 56 replies | Friday, June 11, 2021 |
| Rule 56 hearing | TBD |

| | |
|---|---|
| Trial Date (Proposed by plaintiffs; Defendants believe no trial date should be scheduled at this time) | Monday, November 1, 2021 or TBD |

 

_____
LOIS H. GOODMAN, U.S.M.J.