# Withers Bergman LLP

VIA EMAIL

A. Luke Smith, Esq.
Radice Law Firm, P.C.
475 Wall Street
Princeton, NJ 08540
lsmith@radicelawfirm.com

Re: *In re Effexor XR Antitrust Litigation*, Lead Case 3:11-cv-05479 (PGS)(LHG)
Order Relating to Plaintiff's Motion to Compel Production of Documents (ECF # ~~581~~ 617)

Dear Luke:

As you know, Withers Bergman LLP is counsel to Zydus Pharmaceuticals USA and Cadila Healthcare Limited (collectively "Zydus").

I am writing to confirm our agreement that Plaintiff will extend Zydus' time to comply with Paragraphs 2 and 3 (p. 5) of the above referenced Order, from September 18, 2019 up through and including September 30, 2019. Again, we appreciate the courtesy. Please reconfirm your assent by signing in the space provided below.

I have also copied Mr. Lerner, the Special Discovery Master, on this letter and have likewise provided a space below for Mr. Lerner to approve this agreed to extension, should Mr. Lerner deem such approval necessary. Once I receive you signature back, I will forward this letter to Mr. Lerner.

Of course, please contact me if you have any questions or would like to discuss anything.

Sincerely,

Steven J. Moore

A. Luke Smith, Esq.
September 17, 2019
Page 2

cc:  Jonathan J. Lerner, Esq. (via email)

**AGREED:** _____

Luke Smith, Esq.
Radice Law Firm
Counsel for Plaintiffs

**APPROVED** _____

Jonathan J. Lerner, Esq.
Special Discovery Master

Dated: September 18, 2019