**EXHIBIT 1—INDEX IN SUPPORT OF MOTION TO SEAL PURSUANT TO L. CIV. R. 5.3(c)(3)**

**IN RE EFFEXOR ANTITRUST LITIGATION—3:11-CV-05479 (PGS/LHG)**

| Material—Portions of Special Discovery Master's September 13, 2019 Decision described below: | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Page 38, first full paragraph, part of first sentence beginning with "the references" and ending with "legal advice." | The Decision contains Teva's proprietary and competitively sensitive business information, which has been designated as confidential by Teva pursuant to the Discovery Confidentiality Order ("DCO") entered in this case on August 23, 2013, at DE No. 244. Specifically, portions of the Decision quote or describe confidential reports containing Teva product launch information, which is the type of information that Teva maintains in confidence in light of the highly competitive pharmaceuticals marketplace.<br><br>¶ 5 of Declaration of Gavin R. Tisdale ("Tisdale Decl."). | Teva would suffer clearly defined, substantial and specific injuries, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm if any of the confidential proprietary and competitively sensitive business information contained in portions of the Decision are publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Teva's non-public business information and would likely use the confidential information to enhance their market or negotiation | Redacted version of the Decision was filed on September 20, 2019. | N/A | No opposition to sealing received. |

| | | position and cause Teva to lose its competitive advantage in the highly competitive pharmaceuticals marketplace.<br><br>¶ 6 of Tisdale Decl. | | | |
|---|---|---|---|---|---|
| Page 40, first paragraph, entire third sentence. | The Decision contains Teva's proprietary and competitively sensitive business information, which has been designated as confidential by Teva pursuant to the DCO. Specifically, portions of the Decision quote or describe confidential reports containing Teva product launch information, which is the type of information that Teva maintains in confidence in light of the highly competitive pharmaceuticals marketplace.<br><br>¶ 5 of Tisdale Decl. | Teva would suffer clearly defined, substantial and specific injuries, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm if any of the confidential proprietary and competitively sensitive business information contained in portions of the Decision are publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Teva's non-public business information and would likely use the confidential information to enhance their market or negotiation position and cause Teva to lose its competitive advantage in the highly competitive | Redacted version of the Decision was filed on September 20, 2019. | N/A | No opposition to sealing received. |

| | | | | | |
|---|---|---|---|---|---|
| | | pharmaceuticals marketplace.<br><br>¶ 6 of Tisdale Decl. | | | |
| Page 42, first paragraph, part of first sentence beginning with "Launch" and ending with "legal updates." | The Decision contains Teva's proprietary and competitively sensitive business information, which has been designated as confidential by Teva pursuant to the DCO. Specifically, portions of the Decision quote or describe confidential reports containing Teva product launch information, which is the type of information that Teva maintains in confidence in light of the highly competitive pharmaceuticals marketplace.<br><br>¶ 5 of Tisdale Decl. | Teva would suffer clearly defined, substantial and specific injuries, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm if any of the confidential proprietary and competitively sensitive business information contained in portions of the Decision are publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Teva's non-public business information and would likely use the confidential information to enhance their market or negotiation position and cause Teva to lose its competitive advantage in the highly competitive pharmaceuticals marketplace.<br><br>¶ 6 of Tisdale Decl. | Redacted version of the Decision was filed on September 20, 2019. | N/A | No opposition to sealing received. |

| Page 42, first paragraph, part of third sentence beginning with "Change" and ending with "legal." | The Decision contains Teva's proprietary and competitively sensitive business information, which has been designated as confidential by Teva pursuant to the DCO. Specifically, portions of the Decision quote or describe confidential reports containing Teva product launch information, which is the type of information that Teva maintains in confidence in light of the highly competitive pharmaceuticals marketplace.<br><br>¶ 5 of Tisdale Decl. | Teva would suffer clearly defined, substantial and specific injuries, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm if any of the confidential proprietary and competitively sensitive business information contained in portions of the Decision are publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Teva's non-public business information and would likely use the confidential information to enhance their market or negotiation position and cause Teva to lose its competitive advantage in the highly competitive pharmaceuticals marketplace.<br><br>¶ 6 of Tisdale Decl. | Redacted version of the Decision was filed on September 20, 2019. | N/A | No opposition to sealing received. |
| Page 42, first paragraph, seventh line, first parenthetical. | The Decision contains Teva's proprietary and competitively sensitive business information, which has been | Teva would suffer clearly defined, substantial and specific injuries, including but not limited to, financial | Redacted version of the Decision was filed on September 20, 2019. | N/A | No opposition to sealing received. |

| | | | | | |
|---|---|---|---|---|---|
| | designated as confidential by Teva pursuant to the DCO. Specifically, portions of the Decision quote or describe confidential reports containing Teva product launch information, which is the type of information that Teva maintains in confidence in light of the highly competitive pharmaceuticals marketplace.<br><br>¶ 5 Tisdale Decl. | damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm if any of the confidential proprietary and competitively sensitive business information contained in portions of the Decision are publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Teva's non-public business information and would likely use the confidential information to enhance their market or negotiation position and cause Teva to lose its competitive advantage in the highly competitive pharmaceuticals marketplace.<br><br>¶ 6 of Tisdale Decl. | | | |
| Page 42, first paragraph, seventh line, second parenthetical. | The Decision contains Teva's proprietary and competitively sensitive business information, which has been designated as confidential by Teva pursuant to the DCO. Specifically, portions of the Decision quote or describe confidential reports | Teva would suffer clearly defined, substantial and specific injuries, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm if any of | Redacted version of the Decision was filed on September 20, 2019. | N/A | No opposition to sealing received. |

| | | | | | |
|---|---|---|---|---|---|
| | containing Teva product launch information, which is the type of information that Teva maintains in confidence in light of the highly competitive pharmaceuticals marketplace.<br><br>¶ 5 of Tisdale Decl. | the confidential proprietary and competitively sensitive business information contained in portions of the Decision are publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Teva's non-public business information and would likely use the confidential information to enhance their market or negotiation position and cause Teva to lose its competitive advantage in the highly competitive pharmaceuticals marketplace.<br><br>¶ 6 of Tisdale Decl. | | | |
| Page 43, first line, beginning with "early" and ending with "change." | The Decision contains Teva's proprietary and competitively sensitive business information, which has been designated as confidential by Teva pursuant to the DCO. Specifically, portions of the Decision quote or describe confidential reports containing Teva product launch information, which is the type of information that Teva maintains in confidence in light of the highly | Teva would suffer clearly defined, substantial and specific injuries, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm if any of the confidential proprietary and competitively sensitive business information contained in portions of the Decision | Redacted version of the Decision was filed on September 20, 2019. | N/A | No opposition to sealing received. |

| | competitive pharmaceuticals marketplace.<br><br>¶ 5 of Tisdale Decl. | are publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Teva's non-public business information and would likely use the confidential information to enhance their market or negotiation position and cause Teva to lose its competitive advantage in the highly competitive pharmaceuticals marketplace.<br><br>¶ 6 of Tisdale Decl. | | | |
| --- | --- | --- | --- | --- | --- |
| Page 43, lines 3-4, beginning with "update" and ending with "that." | The Decision contains Teva's proprietary and competitively sensitive business information, which has been designated as confidential by Teva pursuant to the DCO. Specifically, portions of the Decision quote or describe confidential reports containing Teva product launch information, which is the type of information that Teva maintains in confidence in light of the highly competitive pharmaceuticals marketplace.<br><br>¶ 5 of Tisdale Decl. | Teva would suffer clearly defined, substantial and specific injuries, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm if any of the confidential proprietary and competitively sensitive business information contained in portions of the Decision are publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the | Redacted version of the Decision was filed on September 20, 2019. | N/A | No opposition to sealing received. |

| | | disclosure of Teva's non-public business information and would likely use the confidential information to enhance their market or negotiation position and cause Teva to lose its competitive advantage in the highly competitive pharmaceuticals marketplace.<br><br>¶ 6 of Tisdale Decl. | | | |
|---|---|---|---|---|---|
| Page 43, line 11, beginning with "updates" and ending with "columns." | The Decision contains Teva's proprietary and competitively sensitive business information, which has been designated as confidential by Teva pursuant to the DCO. Specifically, portions of the Decision quote or describe confidential reports containing Teva product launch information, which is the type of information that Teva maintains in confidence in light of the highly competitive pharmaceuticals marketplace.<br><br>¶ 5 of Tisdale Decl. | Teva would suffer clearly defined, substantial and specific injuries, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm if any of the confidential proprietary and competitively sensitive business information contained in portions of the Decision are publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Teva's non-public business information and would likely use the confidential information to enhance | Redacted version of the Decision was filed on September 20, 2019. | N/A | No opposition to sealing received. |

| | | their market or negotiation position and cause Teva to lose its competitive advantage in the highly competitive pharmaceuticals marketplace.

¶ 6 of Tisdale Decl. | | | |
|---|---|---|---|---|---|
| Page 44, second paragraph, second sentence, beginning with "National" and ending with "this conference." | The Decision contains Teva's proprietary and competitively sensitive business information, which has been designated as confidential by Teva pursuant to the DCO. Specifically, portions of the Decision quote or describe confidential reports containing Teva product launch information, which is the type of information that Teva maintains in confidence in light of the highly competitive pharmaceuticals marketplace.

¶ 5 of Tisdale Decl. | Teva would suffer clearly defined, substantial and specific injuries, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm if any of the confidential proprietary and competitively sensitive business information contained in portions of the Decision are publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Teva's non-public business information and would likely use the confidential information to enhance their market or negotiation position and cause Teva to lose its competitive advantage in the highly competitive | Redacted version of the Decision was filed on September 20, 2019. | N/A | No opposition to sealing received. |

| | | pharmaceuticals marketplace.<br><br>¶ 6 of Tisdale Decl. | | | |
|---|---|---|---|---|---|