# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

3 BECKER FARM ROAD, SUITE 402
ROSELAND, NEW JERSEY 07068-1726
Roseland (973) 622-3000
New York (212) 714-1720

Brian M. English
Partner

FAX (973)623-7780
www.tompkinsmcguire.com

Direct Line (973) 623-7491
benglish@tompkinsmcguire.com

October 28, 2019

**Via Lawyers Service and ECF**

Hon. Lois H. Goodman, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building &
U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> RE:  *In Re Effexor XR Antitrust Litigation*
> Master Docket No.: 11-5479 (PGS)(LHG)

Dear Judge Goodman:

This firm is co-counsel with Kirkland & Ellis LLP for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. ("Teva") in the above-referenced consolidated cases, in which Teva's motion to permanently seal the Special Discovery Master's September 13, 2019 Decision and Order (DE No. 619) is returnable before Your Honor on November 4, 2019.

For the convenience of the Court, enclosed please find copies of Teva's Reply Brief in support of the motion to seal and a Certification of Service, which have been electronically filed with the Court Clerk.

We thank the Court for your consideration of this matter.

**TOMPKINS, McGUIRE, WACHENFELD & BARRY**

Page 2

Respectfully submitted,

Brian M. English
FOR   TOMPKINS, McGUIRE, WACHENFELD & BARRY

cc:  All Counsel (Via ECF, w/o enclosures)