**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-0508

CHAMBERS OF
PETER G. SHERIDAN
JUDGE

Clarkson Fisher Building and
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**TO**:        Counsel of Record

**FROM**:    Peter G. Sheridan, U.S.D.J.

**DATE**:    November 6, 2019

**RE**:        *In Re: Effexor XR Antitrust Litigation*, 11-cv-5479 (PGS)(LHG)
             **Case Management Conference Agenda**

---

Since we have not discussed the management of the case in a while, it is appropriate to meet and review the progress of the litigation. The status conference shall occur on February 4, 2020 at 11:00 a.m. in my courtroom. Attendance by counsel is not mandatory; but anyone who is arguing or wishes to be heard should attend. Other counsel may attend by telephone. Mr. Pearlman and Ms. Walsh should arrange the logistics of the call.

Prior to the conference, lead counsel for the Plaintiffs and Defendants should confer and develop an agenda for the status conference. This applies to direct purchasers, indirect purchasers and opt-outs. The agenda must be filed by December 1, 2019. Thereafter, any attorney may submit any other additional issues. Such submissions shall be filed by January 2, 2020.

The Court is open to discussing any subject; but the agenda should include (a) an update on the progress of discovery; (b) the status of the effectiveness of the Special Master; (c) a timeframe and procedure for mediation and settlement discussions; (d) administrative issues; and (e) any issues concerning professional civility.

In particular, the Court requests a list of the substantive issues that it must decide prior to trial, and if practicable, to then prioritize discovery so a motion may be addressed earlier in time.