# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE 250 PEHLE AVE. SUITE 401 SADDLE BROOK N.J. 07663 201-845-9600 FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

**PETER S. PEARLMAN, ESQ.  Email: psp@njlawfirm.com**
**Direct Dial: 551-497-7131  /  Cell Phone: 201-709-0597**

December 2, 2019

**Via ECF**
Honorable Peter G. Sheridan, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street, Room 4050
Trenton, New Jersey 08608

        **Re:** *In re Effexor Antitrust Litigation*
            **Civil Action No.:  3:11-cv-05479-PGS-LHG**

Dear Judge Sheridan:

    Pursuant to Your Honor's Order of November 6, 2019 (ECF No. 631), I enclose the parties' Joint Status Report and Agenda with respect to the February 4, 2020 Case Management Conference in the above-referenced matter.

                      Respectfully yours,

                      */s/ Peter S. Pearlman*

                      Peter S. Pearlman

PSP/mds
Enclosure

cc:    All Counsel of Record *(W/Enclosure via ECF)*