| | |
|---|---|
| IN RE EFFEXOR ANTITRUST LITIGATION, | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : Master Docket: 11-5479 (PGS)<br>: **ORDER** |

**THIS MATTER** having come before the Court on the parties' application to appoint a mediator and to stay all discovery deadlines during the mediation (ECF No. 647); and the parties having conferred and selected a mediator; and for good cause otherwise appearing:

**IT IS** on this ___ day of March, 2020,

**ORDERED** that, upon consent of the parties, Faith Hochberg, U.S.D.J. (Ret.) (hereinafter, the "Mediator") is hereby appointed to serve as the mediator; and it is further

**ORDERED** that the Mediator may meet with counsel and the parties jointly or *ex parte*; and it is further

**ORDERED** that all information presented to the Mediator shall be deemed confidential and shall be disclosed by the Mediator only upon consent of counsel, except as necessary to advise the Court of an apparent failure to participate in good faith; and it is further

**ORDERED** that, if necessary, the Mediator shall have the ability to communicate with Judge Sheridan, the Magistrate Judge, or the Special Masters of discovery regarding the mediation; and it is further

**ORDERED** that the Mediator shall not be subject to subpoena by any party; and it is further

**ORDERED** that no statements made or documents prepared for mediation shall be disclosed in any subsequent proceeding or be construed as an admission against any party; and it is further

**ORDERED** that discovery is hereby stayed for two months from the date of this Order with a corresponding two-month extension for all discovery deadlines in this matter; and it is further

**ORDERED** that discovery may be stayed by this Court beyond the two-month period provided above upon recommendation from the Mediator that such a stay would help facilitate further mediation efforts; and it is further

**ORDERED** that the parties are directed to notify the Court of the status of this matter immediately after the mediation has concluded.

_____
PETER G. SHERIDAN, U.S.D.J.