UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EFFEXOR XR ANTITRUST LITIGATION | Master Docket No. 3:11-cv-05479 (PGS/LHG) |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**OF DIRECT PURCHASER PLAINTIFF PROFESSIONAL DRUG COMPANY, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties and their respective counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Professional Drug Company, Inc. voluntarily dismisses all claims asserted in this multidistrict litigation without prejudice.

Dated: March 30, 2020

**s/ *Liza M. Walsh***
Liza M. Walsh
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza | 1037 Raymond Blvd.,
6th Floor | Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law

**s/ *Peter S. Pearlman***
Peter S. Pearlman
COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600
psp@njlawfirm.com

*Direct Purchaser Class Plaintiffs Liaison Counsel*

1

Robert A. Milne
Raj Gandesha
Bryan Gant
Dimitrios Drivas
Sheryn George
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200

John F. Baughman
Yahonnes Cleary
Farrah R. Berse
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for Defendants Wyeth LLC, Wyeth Pharmaceuticals, Inc., Wyeth-Whitehall Pharmaceuticals LLC, and Wyeth Pharmaceuticals Company*

**/s/ Brian English**
William H. Trousdale
Brian M. English
Tompkins, McGuire, Wachenfeld & Barry LLP
3 Becker Farm Road, Fourth Floor
Roseland, New Jersey 07068-1726
Tel. (973) 622-3000
Fax (973) 623-7780
wtrousdale@tompkinsmcguire.com
benglish@tompkinsmcguire.com

Thomas M. Sobol
Gregory T. Arnold
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700
tom@hbsslaw.com
grega@hbsslaw.com

Don Barrett
Brandi Hamilton
BARRETT LAW GROUP, P.A.
404 Court Square
P.O. Box 927
Lexington, MS 39095
(662) 834-2628
dbarrett@barrettlawgroup.com
bhamilton@barrettlawgroup.com

*Counsel for plaintiff Professional Drug Company, Inc.*

Devora W. Allon, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel. (212) 446-4800
Fax (212) 446-4900
devora.allon@kirkland.com

Karen N. Walker, P.C.
Alexeandra I. Russell
Gavin R. Tisdale
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20005
Tel (202) 879-5000
Fax (202) 389-5200
karen.walker@kirkland.com
alexander.russell@kirkland.com
gavin.teisdale@kirkland.com

*Counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*