# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Effexor XR Antitrust Litigation<br><br>This Document Relates to:<br><br>All Actions | Lead case: 3:11-cv-05479-PGS-LHG (D.N.J.)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the parties' application to appoint a mediator and stay discovery deadlines (ECF No. 647) and the Court's prior Orders appointing Faith Hochberg, U.S.D.J. (Ret.), as the mediator and staying deadlines for six months (ECF Nos. 648, 660); and on Plaintiffs' Motion to Continue the Stay Pending Mediation and Extend Pending Deadlines (ECF No. \_\_\_); and for good cause otherwise appearing;

**IT IS** on this _____ of _____, 2020,

**ORDERED** that discovery is hereby stayed until the later of (a) November 16, 2020 or (b) the date the Parties' mediation is concluded.

**ORDERED** that all fact discovery will close five months after the later of (a) November 16, 2020 or (b) the date the Parties' mediation is concluded.

**ORDERED** that the parties shall promptly notify the Court of the status of this matter upon conclusion of the mediation.

**ORDERED** that the parties shall meet and confer a proposed schedule upon the later of (a) November 16, 2020 or (b) the date the Parties' mediation is concluded, consistent with this Order.

_____
LOIS H. GOODMAN, U.S.M.J.