| | |
|---|---|
| William H. Trousdale<br>Brian M. English<br>Tompkins, McGuire, Wachenfeld & Barry LLP<br>3 Becker Farm Road, Fourth Floor<br>Roseland, New Jersey 07068-1726<br>Tel.  (973) 622-3000<br>Fax  (973) 623-7780<br>wtrousdale@tompkinsmcguire.com<br>benglish@tompkinsmcguire.com | Devora W. Allon, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Ave<br>New York, New York 10022<br>Tel. (212) 446-4800<br>Fax  (212) 446-4900<br>devora.allon@kirkland.com<br><br>Karen N. Walker, P.C.<br>Alexandra I. Russell<br>1301 Pennsylvania Ave N.W.<br>Washington, D.C. 20004<br>Tel. (202) 389-5000<br>Fax  (202) 389-5200<br>karen.walker@kirkland.com<br>alexandra.russell@kirkland.com<br>gavin.tisdale@kirkland.com |

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and*
*Teva Pharmaceuticals USA, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EFFEXOR XR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>**ALL ACTIONS** | Civil Action Nos.: 11-5479 (PGS)(LHG)<br>11-5590 (PGS)(LHG)<br>11-5661 (PGS)(LHG)<br>11-6985 (PGS)(LHG)<br>11-7504 (PGS)(LHG)<br>12-3116 (PGS)(LHG)<br>12-3523 (PGS)(LHG) |

### NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL

**PLEASE TAKE NOTICE** that Penina C. Moisa of Kirkland & Ellis LLP hereby withdraws as *pro hac vice* counsel for Defendants Teva Pharmaceutical Industries Ltd. and Teva

Pharmaceuticals USA, Inc. (collectively, "Teva") in the above-captioned matter. Accordingly, please remove Ms. Moisa from the list of NEF recipients in this matter. Teva continues to be represented by all other counsel of record for Teva.

Dated: October 5, 2020    Respectfully submitted,

                                              /s/ Brian M. English
William H. Trousdale
Brian M. English
Tompkins, McGuire, Wachenfeld & Barry LLP
3 Becker Farm Road, Fourth Floor
Roseland, New Jersey 07068-1726
Tel. (973) 622-3000
Fax (973) 623-7780
wtrousdale@tompkinsmcguire.com
benglish@tompkinsmcguire.com

Devora W. Allon, P.C.
Kirkland & Ellis LLP
601 Lexington Ave
New York, New York 10022
Tel. (212) 446-4800
Fax (212) 446-4900
devora.allon@kirkland.com

Karen N. Walker, P.C.
Alexandra I. Russell
1301 Pennsylvania Ave N.W.
Washington, D.C. 20004
Tel. (202) 389-5000
Fax (202) 389-5200
karen.walker@kirkland.com
alexandra.russell@kirkland.com

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

**SO ORDERED: October 6, 2020**

                                              _____
HON. LOIS H. GOODMAN, U.S.M.J.