**COHN LIFLAND PEARLMAN**
  **HERRMANN & KNOPF LLP**
Peter S. Pearlman
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600 (telephone)
(201) 845-9423 (fax)
psp@njlawfirm.com
mfg@njlawfirm.com

*Attorneys for the Direct Purchaser Plaintiff Class*

*(Additional counsel on signature page)*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Effexor XR Antitrust Litigation | Master Docket No. 3:11-cv-05479 (PGS/JBD) |
| This Document Relates to: | |
| Direct Purchaser Actions | |

## DIRECT PURCHASER CLASS PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS, APPOINTMENT OF LEAD CLASS COUNSEL, PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS AND PROPOSED SCHEDULE FOR A FAIRNESS HEARING

Direct Purchaser Class Plaintiffs hereby move, unopposed, for certification

for purposes of settlement of a class of direct purchasers, appointment of Lead Class

Counsel, preliminary approval of their proposed Settlement Agreement with Wyeth

LLC, Wyeth Pharmaceuticals, Inc., Wyeth-Whitehall Pharmaceuticals LLC, and

Wyeth Pharmaceuticals Company (collectively or individually, "Wyeth"), approval of the form and manner of notice to the settlement class, preliminary approval of the proposed Plan of Allocation, appointment of the Notice and Claims Administrator, appointment of the Escrow Agent, and a proposed schedule for a Fairness Hearing.

Direct Purchaser Class Plaintiffs submit a Proposed Order herewith.

Dated:  April 9, 2024                                 Respectfully submitted,

*/s/ Peter S. Pearlman*
**COHN LIFLAND PEARLMAN
HERMANN & KNOPF LLP**
Peter S. Pearlman
Matthew F. Gately
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
psp@njlawfirm.com
mfg@njlawfirm.com

*Liaison Counsel for the Direct Purchaser Class Plaintiffs*

**BERGER MONTAGUE PC**
David F. Sorensen
Caitlin G. Coslett
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
dsorensen@bm.net
ccoslett@bm.net


Peter Kohn
Neill W. Clark
**FARUQI & FARUQI LLP**
1617 JFK Blvd, Suite 1550

**HAGENS BERMAN SOBOL
SHAPIRO LLP**
Thomas M. Sobol
Gregory T. Arnold
1 Faneuil Hall Sq., 5th Fl.
Boston, MA 02109
Tel.: (617) 482-3700
tom@hbsslaw.com
grega@hbsslaw.com


Bary S. Taus
Kevin S. Landau
**TAUS, CEBULASH & LANDAU,
LLP**

2

Philadelphia, PA 19103
Tel: (215) 277-5770
pkohn@faruqilaw.com
nclark@faruqilaw.com

123 William Street, Suite 1900A
New York, NY 10038
Tel.: (212) 931-0704
btaus@tcllaw.com
klandau@tcllaw.com

Dianne M. Nast
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel.: (215) 923-9300
dnast@nastlaw.com

Don Barrett
**BARRETT LAW GROUP, P.A.**
404 Court Square
P.O. Box 927
Lexington, MS 39095
Tel.: (662) 834-2488
dbarrett@barrettlawgroup.com

*Interim Executive Committee for the Direct Purchaser Class Plaintiffs*