James E. Cecchi
CARELLA, BYRNE, CECCHI
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739
(973) 994-1700

[Additional Attorneys on Signature Page]

*Lead Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Indirect Purchaser Class Actions | **NOTICE OF UNOPPOSED MOTION**<br><br>Civil Action No. 3:11-cv-05661 (ZNQ)(JBD)<br>Master Docket No. 3:11-cv-05479<br>(ZNQ)(JBD) |

To:   All Persons on ECF Service List

PLEASE TAKE NOTICE that at such date and time as the Court shall determine, Indirect Purchaser Plaintiffs, through their undersigned counsel, shall move, on behalf of Indirect Purchaser Plaintiffs and the proposed Indirect Purchaser Class, before the Honorable Zahid N. Quraishi, U.S.D.J. at the United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Court Room 4W, Trenton, NJ 08608, for entry of the proposed preliminary approval Order that, among other things, will, (1) preliminarily approve the proposed Settlement; (2) certify the proposed Settlement Class, appoint Indirect Purchaser Plaintiffs as Class representatives, and appoint Class Counsel for purposes of the Settlement; (3) approve the form and manner of giving notice of the proposed Settlement to the Settlement Class

Members; (4) schedule a hearing to consider final approval of the Settlement; and (5) grant such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Class Counsel will rely upon the accompanying brief in support and the Declaration of James E. Cecchi and exhibits annexed thereto.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

Dated: March 17 2025

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

s/ *James E. Cecchi*
James E. Cecchi
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Lead Counsel*

Michael M. Buchman
MOTLEY RICE LLC
800 Third Avenue
New York, New York 10022
Telephone: (212) 577-0040

James R. Dugan, II
Douglas R. Plymale
David Scalia
DUGAN LAW FIRM, PLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180

Kenneth A. Wexler
Justin N. Boley
Bethany R. Turke

WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, Illinois 60606
Telephone: (312) 346-2222

Jeffrey L. Kodroff
John Macoretta
SPECTOR, ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania 19103
Telephone:  (215) 496-0300

Richard J. Burke
QUANTUM LEGAL LLC
2801 Lakeside Drive
Suite 100
Bannockburn, Illinois 60015
Telephone: (847) 433-4500

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL  60603
Telephone: (312) 332-3400

***Class Counsel for Plaintiffs and the proposed Class***