UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: EFFEXOR XR ANTITRUST LITIGATION | Case No. 3:11-cv-05479-ZNQ-JBD |

# ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion to Withdraw Marvin A. Miller as counsel in this matter.

Upon consideration of the motion; and for good cause having been shown;

It is hereby,

ORDERED that the motion is GRANTED and Marvin A. Miller is withdrawn as *pro hac vice* counsel in this matter; and

ORDERED that the clerk terminate CM/ECF notices as to Marvin A. Miller for this matter.

**IT IS ORDERED.**

Dated: May 20, 2025

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE