**COHN LIFLAND PEARLMAN**
  **HERRMANN & KNOPF LLP**
Matthew F. Gately
mfg@njlawfirm.com
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.: (201) 845-9600
Fax:  (201) 845-9423

*(additional counsel on signature page)*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: EFFEXOR XR ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Direct Purchaser Class Actions* | **Master Docket No. 3:11-cv-05479 (ZNQ/JBD)** |

### NOTICE OF DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that on January 13-14, 2026, the undersigned counsel for Direct Purchaser Class Plaintiffs Rochester Drug Co-Operative, Inc., Stephen L. LaFrance Holdings, Inc. d/b/a SAJ Distributors, and Uniondale Chemists, Inc. ("Plaintiffs" or "DPPs") will move before the Hon. Zahid N. Quraishi, U.S.D.J., pursuant to the Federal Rules of Civil Procedure for an order:

1. Certifying the following class (the "Class" or "Direct Purchaser Class") pursuant to Fed. R. Civ. P. 23(b)(3):

   All persons or entities in the United States and its territories who purchased Effexor XR and/or AB-rated generic versions of Effexor XR directly from Wyeth or Teva[1] at any time during the period June 14, 2008 through and until May 31, 2011 (the "Class Period").

   Excluded from the Direct Purchaser Class are Wyeth and Teva and their officers, directors, management, employees, subsidiaries, or affiliates, all governmental entities, and all persons or entities that purchased Effexor XR directly from Wyeth during the Class Period that did not also purchase generic Effexor XR directly.

2. Appointing Rochester Drug Co-Operative, Inc., Stephen L. LaFrance Holdings, Inc. d/b/a SAJ Distributors, and Uniondale Chemists, Inc. as the representatives of the Class.

3. Confirming the appointment of Hagens Berman Sobol Shapiro LLP; Berger Montague PC; Faruqi & Faruqi LLP; Taus, Cebulash & Landau LLP; Nastlaw LLC; and Barrett Law Group, P.A. as Co-Lead Counsel for the Class, and Cohn Lifland Pearlman Herrmann & Knopf LLP as Liaison Counsel for the Class.  *See* ECF 85, ¶ 1 (appointing these firms as the interim class counsel executive committee and liaison counsel for the proposed class).

---

[1] "Wyeth" means Wyeth LLC, Wyeth Pharmaceuticals, Inc., Wyeth-Whitehall Pharmaceuticals LLC, and Wyeth Pharmaceuticals Company, collectively or individually. "Teva" means Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd., collectively or individually.

In support of the motion, DPPs hereby incorporate and rely upon the accompanying memorandum, exhibits, and proposed trial plan, as well as all other briefing or materials submitted in connection with this motion, and any argument made in connection with this motion. DPPs also submit a Proposed Order herewith.

Dated: May 22, 2025                                         Respectfully submitted,

*/s/ Matthew F. Gately*
**COHN LIFLAND PEARLMAN HERRMAN & KNOPF LLP**
Matthew F. Gately
Park 80 West, Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
mfg@njlawfirm.com

*Liaison Counsel for the Direct Purchaser Class Plaintiffs*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Thomas M. Sobol
Gregory T. Arnold
One Faneuil Hall, Square, 5th Floor
Boston, MA 02109
tom@hbsslaw.com
grega@hbsslaw.com

**BERGER MONTAGUE PC**
David F. Sorensen
Caitlin G. Coslett
1818 Market Street, Suite 3600
Philadelphia, PA 19103
dsorensen@bm.net
ccoslett@bm.net

**FARUQI & FARUQI LLP**
Peter Kohn
One Penn Center, Suite 1550
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
pkohn@faruqilaw.com

**TAUS, CEBULASH & LANDAU, LLP**
Barry S. Taus
123 William Street, Suite 1900A
New York, NY 10038
btaus@tcllaw.com

| | |
|---|---|
| **NASTLAW LLC** | **BARRETT LAW GROUP, P.A.** |
| Dianne M. Nast | Don Barrett |
| 1101 Market Street, Suite 2801 | 404 Court Square |
| Philadelphia, PA 19107 | P.O. Box 927 |
| dnast@nastlaw.com | Lexington, MS 39095 |
| | donbarrettpa@gmail.com |

*Interim Executive Committee for the Direct Purchaser Class Plaintiffs*