COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
(201) 845-9600 (telephone)
(201) 845-9423 (fax)
mfg@njlawfirm.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: EFFEXOR XR ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Direct Purchaser Class Actions* | **Master Docket No. 3:11-cv-05479 (ZNQ/JBD)** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 22, 2025, a copy of the foregoing Notice of Direct Purchaser Class Plaintiffs' Motion for Class Certification; Direct Purchaser Class Plaintiffs' Memorandum in Support of Motion for Class Certification; Certification of Matthew F. Gately in Support of Direct Purchaser Class Plaintiffs' Motion for Class Certification (and accompanying exhibits); Direct Purchaser Class Plaintiffs' Proposed Trial Plan; [Proposed] Order Granting Direct

Purchaser Class Plaintiffs' Motion for Class Certification; and this Certificate of Service were filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System. Additionally, copies of any documents filed under seal will be conveyed via electronic mail to counsel of record.

Dated: May 22, 2025            */s/ Matthew F. Gately*
                                                   COHN LIFLAND PEARLMAN
                                                    HERRMANN & KNOPF LLP
                                                   Matthew F. Gately
                                                   Park 80 West – Plaza One
                                                   250 Pehle Avenue, Suite 401
                                                   Saddle Brook, NJ  07663
                                                   (201) 845-9600 (telephone)
                                                   (201) 845-9423 (fax)
                                                   mfg@njlawfirm.com