COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
(201) 845-9600 (telephone)
(201) 845-9423 (fax)
mfg@njlawfirm.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: EFFEXOR XR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Direct Purchaser Class Actions* | Master Docket No. 3:11-cv-05479 (ZNQ/JBD) |

**CERTIFICATION OF MATTHEW F. GATELY IN SUPPORT OF DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Matthew F. Gately, hereby certify and state as follows:

1. I am an attorney at law of the State of New Jersey, a member of the bar of this Court, and a Partner of the law office of Cohn Lifland Pearlman Herrmann & Knopf LLP.  I am interim liaison counsel to the proposed class of Direct Purchasers and have personal knowledge of the facts contained herein.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of

1

Jeffrey J. Leitzinger, Ph.D., dated May 15, 2025 (filed under seal).

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Professor Thomas G. McGuire, Ph.D., dated May 15, 2025 (filed under seal).

4. Attached as Exhibit 3 is a true and correct copy of the Expert Report of Daisy Rivera-Muzzio, dated May 15, 2025 (filed under seal).

5. Attached as Exhibit 4 is a true and correct copy of the Expert Report of Donald S. Allen, dated May 15, 2025 (filed under seal).

6. Attached as Exhibit 5 is a true and correct copy of the Expert Report of Robert T. Hrubiec, Ph.D., J.D., dated May 15, 2025 (filed under seal).

7. Attached as Exhibit 6 is a true and correct copy of the Expert Report of Connie Lin, dated May 15, 2025 (filed under seal).

8. Attached as Exhibit 7 is a true and correct copy of the document Bates numbered TEVA_EFFEX_0000001-267 (filed under seal).

9. Attached as Exhibit 8 is a true and correct copy of the document Bates numbered TEVA_EFFEX_0039685-693 (filed under seal).

10. Attached as Exhibit 9 is a true and correct copy of the document Bates numbered TEVA_EFFEX_0039706-714 (filed under seal).

11. Attached as Exhibit 10 is a true and correct copy of the document Bates numbered TEVA_EFFEX_0279317-341 (filed under seal).

12. Attached as Exhibit 11 is a true and correct copy of the document Bates

numbered TEVA_EFFEX_0619285-308 (filed under seal).

13. Attached as Exhibit 12 is a true and correct copy of the document Bates numbered TEVA_EFFEX_0713422-424 (filed under seal).

14. Attached as Exhibit 13 is a true and correct copy of the document Bates numbered TEVA_EFFEX_0771673-675 (filed under seal).

15. Attached as Exhibit 14 is a true and correct copy of the document Bates numbered WYEFFAT2405314-523 (filed under seal).

16. Attached as Exhibit 15 is a true and correct copy of the document Bates numbered WYEFFAT2907466 (filed under seal).

17. Attached as Exhibit 16 is a true and correct copy of the document Bates numbered WYEFFAT04718483.00001-WYEFFAT04718483.00012 (filed under seal).

18. Attached as Exhibit 17 is a true and correct copy of *In re HIV Antitrust Litig.*, No. 19-cv-02573, slip op. (N.D. Cal. Sept. 27, 2022) (ECF No. 1452-7).

19. Attached as Exhibit 18 is a true and correct copy of a Certificate of Good Standing of American Sales Company LLC.

20. Attached as Exhibit 19 is a true and correct copy of a Certificate of Good Standing of AmerisourceBergen Drug Corporation.

21. Attached as Exhibit 20 is a true and correct copy of a Certificate of Existence of The Bartell Drug Company.

22. Attached as Exhibit 21 is a true and correct copy of a Certificate of Good Standing of Burlington Drug Company, Inc.

23. Attached as Exhibit 22 is a true and correct copy of a Certificate of Good Standing of Cardinal Health, Inc.

24. Attached as Exhibit 23 is a true and correct copy of a Certificate of Existence of Delhaize America, LLC.

25. Attached as Exhibit 24 is a true and correct copy of a Certificate of Good Standing of Express Scripts Pharmacy, Inc.

26. Attached as Exhibit 25 is a true and correct copy of a Certificate of Good Standing of The Harvard Drug Group, L.L.C.

27. Attached as Exhibit 26 is a true and correct copy of a Certificate of Good Standing of H.D. Smith, LLC.

28. Attached as Exhibit 27 is a true and correct copy of a Certificate of Good Standing of Henry Schein, Inc.

29. Attached as Exhibit 28 is a true and correct copy of a Certificate of Existence of J M Smith Corporation.

30. Attached as Exhibit 29 is a true and correct copy of a Certificate of Existence of KPH Healthcare Services, Inc.

31. Attached as Exhibit 30 is a true and correct copy of a Certificate of Good Standing of McKesson Corporation.

32. Attached as Exhibit 31 is a true and correct copy of a Certificate of Good Standing of Medco Health Solutions, Inc.

33. Attached as Exhibit 32 is a true and correct copy of a Certificate of Status of OptumRx, Inc.

34. Attached as Exhibit 33 is a true and correct copy of a Certificate of Good Standing of Pharmacy Buying Association, Inc.

35. Attached as Exhibit 34 is a true and correct copy of a Registration of Fictitious Name, which shows that Pharmacy Buying Association, Inc. is doing business as PBA Health.

36. Attached as Exhibit 35 is a true and correct copy of a Certificate of Existence of Dixon-Shane LLC.

37. Attached as Exhibit 36 is a true and correct copy of the Kentucky Secretary of State Listing of Company Information for Dixon-Shane LLC, which shows that R & S Northeast is the assumed name of Dixon-Shane LLC.

38. Attached as Exhibit 37 is a true and correct copy of a Certificate of Good Standing of Thrifty Drug Stores, Inc.

39. Attached as Exhibit 38 is a true and correct copy of a Certificate of Good Standing of Valley Wholesale Drug Co., LLC.

I hereby certify, under penalty of perjury, that the foregoing statements made by me are true.

|  |  |
|---|---|
| Dated: May 22, 2025 | */s/ Matthew F. Gately*<br>COHN LIFLAND PEARLMAN<br> HERRMANN & KNOPF LLP<br>Matthew F. Gately<br>Park 80 West – Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ  07663<br>(201) 845-9600 (telephone)<br>(201) 845-9423 (fax)<br>mfg@njlawfirm.com |