# EXHIBIT 18



Page 1

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "AMERICAN SALES COMPANY LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2025.

Cheruni Patibanda-Sanchez, Secretary of State

Authentication: 203518809
Date: 04-23-25

2299760  8300
SR# 20251747068

You may verify this certificate online at corp.delaware.gov/authver.shtml