# EXHIBIT 19

# Delaware

Page 1

### The First State

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "AMERISOURCEBERGEN DRUG CORPORATION" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2025.



2064895  8300
SR# 20251747520

Charuni Patibanda-Sanchez, Secretary of State
Authentication: 203518861
Date: 04-23-25

You may verify this certificate online at corp.delaware.gov/authver.shtml