# EXHIBIT 21





## STATE OF VERMONT
## OFFICE OF THE SECRETARY OF STATE

### CERTIFICATE OF GOOD STANDING

I, SARAH COPELAND HANZAS, the Secretary of State of the state of Vermont, hereby certify in accordance with 11 V.S.A. § 1.28, that on this day, the records of the Office of the Secretary of State show that:

### BURLINGTON DRUG COMPANY, INC.

a Vermont domestic business corporation

IS DULY ORGANIZED under the laws of the state of Vermont; that it was incorporated on the 1st day of January, A.D. 1998; that all fees and penalties owed to the state of Vermont under 11A V.S.A. § 1.22 of this title have been paid; that its most recent annual report required under 11A V.S.A. § 16.22 has been delivered to the Secretary of State; and that articles of dissolution have not been filed for this corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal of office on this on this 23rd day of April, A.D. 2025.



Sarah Copeland Hanzas
Secretary of State

Record No.: 117348
Certificate No.: C2025CT0103087

Certificate may be verified online at:
https://bizfilings.vermont.gov/business/verifycertificate

