# EXHIBIT 22

# UNITED STATES OF AMERICA
# STATE OF OHIO
# OFFICE OF THE SECRETARY OF STATE

*I, Frank LaRose, do hereby certify that I am the duly elected, qualified and present acting Secretary of State for the State of Ohio, and as such have custody of the records of Ohio and Foreign business entities; that said records show CARDINAL HEALTH, INC., an Ohio corporation, Charter No. 535613, having its principal location in Dublin, County of Franklin, was incorporated on May 16, 1979 and is currently in GOOD STANDING upon the records of this office.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 23rd day of April, A.D. 2025.*

**Ohio Secretary of State**

**Validation Number:   202511304236**