# EXHIBIT 23



# NORTH CAROLINA
## Department of the Secretary of State

### CERTIFICATE OF EXISTENCE
### (Limited Liability Company)

I, ELAINE F. MARSHALL, Secretary of State of the State of North Carolina, do hereby certify that

### DELHAIZE AMERICA, LLC

is a limited liability company duly formed, and existing under the laws of the State of North Carolina, having been formed on 18th day of December, 2009

I FURTHER certify that, as of the date of this certificate, (i) the said limited liability company is not dissolved under the terms of its articles of organization, (ii) the said limited liability company's articles of organization are not suspended for failure to comply with the Revenue Act of the State of North Carolina, (iii) that said limited liability company is not administratively dissolved for failure to comply with the provisions of the North Carolina Limited Liability Company Act, (iv) that this office has not filed any decree of judicial dissolution, articles of dissolution, articles of merger, or articles of conversion for said limited liability company.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 23rd day of April, 2025.





Scan to verify online.

*Elaine F. Marshall*

**Secretary of State**

Certification# 123749625-1  Reference# 22904515-  Page: 1 of 1
Verify this certificate online at https://www.sosnc.gov/verification