# EXHIBIT 24

# Delaware
## The First State

Page 1

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "EXPRESS SCRIPTS PHARMACY, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2025.



*Charuni Patibanda-Sanchez, Secretary of State*

Authentication: 203518877
Date: 04-23-25

5358791  8300
SR# 20251747702

You may verify this certificate online at corp.delaware.gov/authver.shtml