# EXHIBIT 25



## Department of Licensing and Regulatory Affairs

Lansing, Michigan

This is to Certify That

**THE HARVARD DRUG GROUP, L.L.C.**

was validly authorized on June 24, 1997, as a Michigan
DOMESTIC LIMITED LIABILITY COMPANY
and said limited liability company is validly in existence under the laws of this state and has satisfied its annual filing obligations.

This certificate is issued pursuant to the provisions of 1993 PA 23 to attest to the fact that the company is in good standing in Michigan as of this date.

This certificate is in due form, made by me as the proper officer, and is entitled to have full faith and credit given it in every court and office within the United States.



In testimony whereof, I have hereunto set my hand, in the City of Lansing, this 24th day of April, 2025.

*Linda Clegg*

Linda Clegg, Director
Corporations, Securities & Commercial Licensing Bureau

Sent by electronic transmission

Certificate Number: 25040580802

Verify this certificate at: URL to eCertificate Verification Search http://www.michigan.gov/corpverifycertificate.