# EXHIBIT 27



Page 1

The First State

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "HENRY SCHEIN, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2025.



C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

Authentication: 203518879

Date: 04-23-25

2320192  8300
SR# 20251747738

You may verify this certificate online at corp.delaware.gov/authver.shtml