# EXHIBIT 28

# The State of South Carolina



## Office of Secretary of State Mark Hammond

### Certificate of Existence

**I, Mark Hammond, Secretary of State of South Carolina Hereby Certify that:**

J M SMITH CORPORATION, a corporation duly organized under the laws of the State of South Carolina on January 24th, 1944, and having a perpetual duration unless otherwise indicated below, has as of the date hereof filed all reports due this office, paid all fees, taxes and penalties owed to the State, that the Secretary of State has not mailed notice to the corporation that it is subject to being dissolved by administrative action pursuant to S.C. Code Ann. §33-14-210, and that the corporation has not filed articles of dissolution as of the date hereof.

Given under my Hand and the Great Seal of the State of South Carolina this 24th day of April, 2025.

*Mark Hammond*

Mark Hammond, Secretary of State