# EXHIBIT 29



# STATE OF VERMONT
## OFFICE OF THE SECRETARY OF STATE

### CERTIFICATE OF EXISTENCE

I, SARAH COPELAND HANZAS, Secretary of State of the state of Vermont, hereby certify under 11A V.S.A. § 1.28 that on this day, the records of the Office of the Secretary of State show that:

**KPH HEALTHCARE SERVICES, INC.**

a New York business corporation

IS DULY AUTHORIZED to transact business in the state of Vermont; all fees and penalties owed to the state of Vermont under 11A V.S.A. § 1.22 have been paid; its most recent annual report required by 11A V.S.A. § 16.22 has been delivered to the Secretary of State; and that a certificate of withdrawal has not been issued for this corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal of office on this on this 23rd day of April, A.D. 2025.



Sarah Copeland Hanzas
Secretary of State

Record No.: 085055
Certificate No.: C2025CT0103088

Certificate may be verified online at:
https://bizfilings.vermont.gov/business/verifycertificate

