# EXHIBIT 30

# Delaware

Page 1

## The First State

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "MCKESSON CORPORATION" IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2025.



*C. P. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State

2417015  8300

SR# 20251747780

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203518883

Date: 04-23-25