# EXHIBIT 31

# Delaware
## The First State

Page 1

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "MEDCO HEALTH SOLUTIONS, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2025.



*C. P. Sanchez*
Charuni Patibanda-Sanchez, Secretary of State

2656692  8300
SR# 20251747827

Authentication: 203518893
Date: 04-23-25

You may verify this certificate online at corp.delaware.gov/authver.shtml