# EXHIBIT 36

Kentucky.gov



# Kentucky Secretary of State
# Michael G. Adams



## DIXON-SHANE LLC

| File Amended Annual Report | Change Address or Registered Agent |
| File Certificate of Assumed Name (DBA) | File Dissolution | Upload a filing |
| File Registered Agent Resignation |

| Manage Assumed Name | Print & Mail | Subscribe to changes made to this entity | Certificate of Good Standing |

## General Information

| | |
|---|---|
| Organization Number | 0535698 |
| Name | DIXON-SHANE LLC |
| Profit or Non-Profit | P - Profit |
| Company Type | KLC - Kentucky Limited Liability Company |
| Industry | Wholesale Trade - Nondurable Goods |
| Number of Employees | Large (100+) |
| Primary County | Barren |
| Status | A - Active |
| Standing | G - Good |
| State | KY |
| File Date | 4/25/2002 |
| Organization Date | 4/25/2002 |
| Last Annual Report | 2/12/2025 |
| Principal Office | 8407 AUSTIN TRACY ROAD<br>FOUNTAIN RUN, KY 42133 |
| Managed By | Managers |
| Registered Agent | TIMI SMITH<br>8407 AUSTIN TRACY ROAD<br>FOUNTAIN RUN, KY 42133 |

Show Current Officers
Show Initial Officers

Show Images

Show Former Names

Hide Assumed Names

## Assumed Names

| Name | Status | Expiration Date |
| --- | --- | --- |
| DIXON-SHANE DRUG COMPANY | Active | 1/3/2028 |
| APAK | Inactive | 7/21/2008 |
| APAK PHARMACEUTICALS | Inactive | 7/21/2008 |
| R & S SOLUTIONS LLC | Inactive | 4/20/2021 |
| R & S NORTHEAST | Inactive | 3/10/2025 |
| R & S NORTHEAST LLC | Inactive | 2/18/2024 |

Show Activities

Show Microfilm

Contact    Site Map

Privacy    Security    Disclaimer    Accessibility

© Commonwealth of Kentucky
All rights reserved.

Kentucky Unbridled Spirit