# EXHIBIT 37

# Office of the Minnesota Secretary of State
## Certificate of Good Standing

I, Steve Simon, Secretary of State of Minnesota, do certify that: The business entity listed below was filed pursuant to the Minnesota Chapter listed below with the Office of the Secretary of State on the date listed below and that this business entity is registered to do business and is in good standing at the time this certificate is issued.

| | |
|---|---|
| Name: | Thrifty Drug Stores, Inc. |
| Date Filed: | 05/16/1966 |
| File Number: | 750-AA |
| Minnesota Statutes, Chapter: | 302A |
| Home Jurisdiction: | Minnesota |
| This certificate has been issued on: | 04/24/2025 |



Steve Simon
Secretary of State
State of Minnesota