# EXHIBIT 38

# Delaware
## The First State

Page 1

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "VALLEY WHOLESALE DRUG CO., LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF APRIL, A.D. 2025.



*C. P. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State
Authentication: 203518904
Date: 04-23-25

5224936  8300
SR# 20251747892

You may verify this certificate online at corp.delaware.gov/authver.shtml