William H. Trousdale
Michael S. Miller
Tompkins, McGuire, Wachenfeld & Barry LLP
3 Becker Farm Road, Fourth Floor
Roseland, New Jersey 07068-1726
Tel.  (973) 622-3000
Fax  (973) 623-7780
wtrousdale@tompkinsmcguire.com
mmiller@tompkinsmcguire.com

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EFFEXOR XR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>**ALL ACTIONS** | ) ) ) ) ) ) ) ) ) ) ) | Civil Action Nos.:  11-5479 -ZNQ-JBD |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### OF MICHAEL S. MILLER

PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance as counsel for Defendants TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC. in the above-captioned case and requests that his name be removed from any service list, including any list for ECF notification, maintained by the Clerk of the Court and the parties.

Dated: June 26, 2025

                                      By: /s/ Michael S. Miller
                                             Michael S. Miller
                                             Tompkins, McGuire, Wachenfeld & Barry LLP
                                             3 Becker Farm Road, Fourth Floor
                                             Roseland, New Jersey 07068-1726
                                             Tel. (973) 622-3000
                                             Fax (973) 623-7780
                                             mmiller@tompkinsmcguire.com

                                             *Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*