# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

3 BECKER FARM ROAD, SUITE 402
ROSELAND, NEW JERSEY 07068-1726
Roseland (973) 622-3000
New York (212) 714-1720

| | | |
|---|---|---|
| William H. Trousdale<br>Partner | FAX (973)623-7780<br>www.tompkinsmcguire.com | Direct Line (973) 623-7893<br>wtrousdale@tompkinsmcguire.com |

June 27, 2025

Clerk
United States District Court for the District
of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    *In re Effexor XR Antitrust Litigation*, No. 11-5479 (ZNQ/JBD)

Dear Sir/Madam:

    This firm represents Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.

    Enclosed herewith is a Notice of Withdrawal of Appearance of Patrick J. Gallagher, who was admitted pro hac vice on February 3, 2025 (ECF # 789). Please make note of his withdrawal on the docket.

                                 Respectfully yours,
                                 /s/William H. Trousdale
                                 William H. Trousdale
              For    TOMPKINS, McGUIRE, WACHENFELD & BARRY

cc.    All counsel of record via ECF