William H. Trousdale
Tompkins, McGuire, Wachenfeld & Barry LLP
3 Becker Farm Road, Fourth Floor
Roseland, New Jersey 07068-1726
Tel. (973) 622-3000
Fax (973) 623-7780
wtrousdale@tompkinsmcguire.com

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EFFEXOR XR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>**ALL ACTIONS** | Civil Action Nos.: 11-5479 -ZNQ-JBD |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF PATRICK J. GALLAGHER

PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance as counsel for Defendants TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC. in the above-captioned case and requests that his name be removed from any service list, including any list for ECF notification, maintained by the Clerk of the Court and the parties.

Dated: June 27, 2025

        By: /s/ Patrick J. Gallagher
        Patrick J. Gallagher
        Kirkland & Ellis LLP
        601 Lexington Ave.
        New York, New York 10022
        Tel. (212) 909-3141
        patrick.j.gallagher@kirkland.com

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*