# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Kevin M. Neylan, Jr.
To Call Writer Directly:
+1 212 390 4614
kevin.neylan@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

July 9, 2025

The Honorable Zahid N. Quraishi
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4W
Trenton, NJ 08608

Re: *In re Effexor XR Antitrust Litigation*, No. 3:11-cv-05479

Dear Judge Quraishi:

We represent Teva in the above-reference action. The Court currently has a final approval hearing scheduled for August 12 regarding Teva's proposed settlement with the Indirect Purchaser Plaintiffs. Unfortunately, counsel for Teva now has a conflict on August 12. We therefore respectfully ask the Court to reschedule the hearing for a date on which all parties are available and that is convenient for the Court. Counsel for the Indirect Purchaser Plaintiffs consent to this request.

The parties are available August 18, 19, 20, and 21. If none of those days is convenient for the Court, the parties are happy to propose alternative dates.

We thank the Court for its attention to this matter.

Sincerely,

Kevin M. Neylan, Jr.

cc: Counsel for the Indirect Purchaser Plaintiffs via ECF

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.