# EXHIBIT 11

# Schnuck Markets


forbes.com/companies/schnuck-markets

Founded in St. Louis in 1939, Schnuck Markets, Inc. is a third and fourth generation, family-owned grocery retailer committed to nourishing people's lives. Schnucks operates 114 stores, serving customers in Missouri, Illinois, Indiana and Wisconsin and employs nearly 12,000 teammates. Schnucks is committed to helping communities thrive, and as a champion for reducing hunger, the company annually donates more than $15 million in food to pantries that help those in need.

Schnuck Markets Stats

**Industry**
Food Markets

**Founded**
1939

**Headquarters**
St Louis, Missouri

**Country/Territory**
United States

**Chairman and CEO**
Todd R Schnuck

**Employees**
11,531

## Schnuck Markets Financial Summary

Select list year

Revenue

$3.1B

Sources

Related People & Companies

[Los Angeles Rams](#)
Located in St. Louis, MO-IL Metropolitan Area

[View Profile →](#)

[Wakefern Food](#)
Related by Industry: Food Markets

[View Profile →](#)

[Publix Super Markets](#)
Related by Industry: Food Markets

[View Profile →](#)

## More on Forbes

1 hour ago

Special edition Labubu dolls are selling for tens of thousands of dollars on the secondary market, and one expert says she thinks they'll hold their value.