# EXHIBIT 12

7/24/25, 10:04 AM
Wakefern Food Corp. Hosts 2024 Annual Meeting - Wakefern Newsroom

Case 3:11-cv-05479-ZNQ-JBD    Document 829-12    Filed 07/24/25    Page 2 of 5 PageID: 16694

# Wakefern Food Corp. Hosts 2024 Annual Meeting

**newsroom.wakefern.com**/2024/10/wakefern-food-corp-hosts-2024-annual-meeting

samantha                                                                                                      October 18, 2024



**Keasbey, NJ –** Wakefern Food Corp. Chairman Sean McMenamin said innovation combined with a steadfast commitment to customers and community position the nation's largest retailer-owned cooperative for future success and growth. McMenamin addressed shareholders, store management and staff during the company's annual shareholders' meeting October 17 at the Hilton in Parsippany, NJ.

Wakefern reported retail sales of $20.1 billion for the 52-week fiscal year ending September 28, 2024, a 2.2% increase from the prior year. Cooperative members opened four state-of-the-art ShopRite® stores and one The Fresh Grocer® – the first Fresh Grocer in New York – during the same period. Wakefern also added the Philadelphia-based Di Bruno Bros. banner to the cooperative with the acquisition of its portfolio of specialty products distributed to wholesale and retail customers.

7/24/25, 10:43 AM                    Wakefern Food Corp. Hosts 2024 Annual Meeting - Wakefern Newsroom

Case 3:11-cv-05479-ZNQ-JBD    Document 829-12    Filed 07/24/25    Page 3 of 5 PageID: 16695



"There is excitement we can all feel in the air with what's happening at Wakefern right now, and the possibilities of what we can achieve together," McMenamin told the audience. "I think that excitement comes from the fact that we have a bold plan for growth and we are embracing our brand and legacy as the trusted neighborhood grocer."

In addition to the Wakefern members and retail and corporate teams in attendance, thousands more teammates from across the cooperative tuned into the annual meeting, which was broadcast live. Leadership reported on the 2024 fiscal year and how Wakefern and its family-owned supermarkets marked their 78th year in business with an eye to the future and the art of the possible.

"That pioneering spirit that drove this cooperative in the beginning will drive us into the future. We are putting in place an exciting new strategy that will help our family-owned businesses grow and continue to serve their customers and communities," said Wakefern President Mike Stigers.

McMenamin and Stigers spoke about the company's continued advancements in technology, e-commerce and Own Brands to enhance the customer shopping experience along with opportunities for Wakefern's seven supermarket banners: ShopRite, Price Rite Marketplace, The Fresh Grocer, Dearborn Market, Gourmet Garage, Fairway Market and the newest addition, Di Bruno Bros.

Wakefern this year welcomed pioneering food retailer Di Bruno Bros. into the cooperative's family of brands. A purveyor of gourmet cheeses and cured meats in the Philadelphia area since 1939, Di Bruno Bros. operates retail stores in the city while distributing specialty and imported oils, sauces, cheese spreads, jams, crostini and more to wholesale and retail customers nationwide.

7/24/25, 10:43 AM  Wakefern Food Corp. Hosts 2024 Annual Meeting - Wakefern Newsroom

Case 3:11-cv-05479-ZNQ-JBD    Document 829-12    Filed 07/24/25    Page 4 of 5 PageID: 16696

"This new venture represents a tremendous opportunity for Wakefern as we look to expand the distribution of these delicious and distinct groceries nationally through a dedicated sales team," said Stigers.

McMenamin welcomed third-generation grocer and Di Bruno family member Emilio Mignucci during the meeting. Mignucci, an expert cheese monger who grew up in his family's business in Philadelphia, joined Wakefern as VP of the Di Bruno Bros. brand and will lend his culinary expertise to the Wakefern team that will help position the brand for future growth.

Also at Thursday's meeting, McMenamin presented the Chairman's Award to former Wakefern Chairman Joseph Colalillo. Colalillo, president of the ShopRite of Hunterdon County who operates five ShopRite stores in New Jersey and Pennsylvania, served as Wakefern's chairman for 18 years before McMenamin took over last year.

"Joe served this cooperative with pride, distinction and integrity – always working tirelessly for our team members and all the stakeholders in our cooperative. We thank him for his 18 years of distinguished leadership as chairman. He's made Wakefern stronger and better through his guidance and friendship," said McMenamin.

Wakefern shareholders elected to the Board of Directors at the Oct. 17 meeting include: McMenamin, chairman; Larri Wolfson and Dominick J. Romano, vice chairmen; Nicholas Sumas, Treasurer, Lawrence Inserra, Jr., and Neil Greenstein, assistant treasurers; Richard Saker, secretary, and Ned Gladstein, Shawn Ravitz and Marshall Klein, assistant secretaries. Mike Stigers was also appointed as President.

**About Wakefern Food Corp.**
From a small, local cooperative that began with eight grocery store owners, Wakefern Food Corp. has grown into the largest retailer-owned cooperative in the United States. Founded in 1946, the cooperative is comprised of 45 member families who today independently own and operate hundreds of supermarkets under the ShopRite, Price Rite Marketplace, The Fresh Grocer, Dearborn Market, Gourmet Garage, Fairway Market and Di Bruno Bros. banners in New Jersey, New York, Connecticut, Pennsylvania, Maryland, Delaware, Massachusetts, New Hampshire and Rhode Island. For more information, please visit www.wakefern.com.

- Wakefern Food Corp. Taps Rick Brindle for Advisory Role Supporting Di Bruno Bros. Product Portfolio »
- « Wakefern Food Corp. Acquires Di Bruno Bros. Portfolio of Branded Products

Brands:

Topics: