| | |
|---|---|
| William H. Trousdale<br>Tompkins, McGuire, Wachenfeld & Barry LLP<br>3 Becker Farm Road, Fourth Floor<br>Roseland, New Jersey 07068-1726<br>Tel. (973) 622-3000<br>Fax (973) 623-7780<br>wtrousdale@tompkinsmcguire.com | Devora W. Allon, P.C.<br>Kevin M. Neylan, Jr.<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: 212-446-4800<br>devora.allon@kirkland.com<br>kevin.neylan@kirkland.com |

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Effexor XR Antitrust Litigation<br><br>This Document Relates To:<br><br>All Actions | Master Docket No.<br><br>3:11-cv-05479 (ZNQ/JBD) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd. (collectively "Teva") submit the following corporate disclosure statement:

Teva Pharmaceuticals USA, Inc. is an indirectly wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is publicly traded. Teva

Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of Teva Pharmaceuticals USA, Inc.

Teva Pharmaceutical Industries Ltd. has no parent company and no publicly traded company owns 10% or more of the stock of Teva Pharmaceutical Industries Ltd.

Dated: July 25, 2025

Respectfully submitted,

*/s/ William H. Trousdale*
William H. Trousdale
Tompkins, McGuire, Wachenfeld & Barry LLP
3 Becker Farm Road, Fourth Floor
Roseland, New Jersey 07068-1726
Tel. (973) 622-3000
Fax (973) 623-7780
wtrousdale@tompkinsmcguire.com

Devora W. Allon, P.C.
Kevin M. Neylan, Jr.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: 212-446-4800
devora.allon@kirkland.com
kevin.neylan@kirkland.com

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*