**CLARK GULDIN**
Attorneys At Law
20 Church Street – Suite 15
Montclair, New Jersey 07042
(973) 206-5789
*Attorneys for Defendants, Teva Pharmaceutical Industries Ltd.*
*and Teva Pharmaceuticals USA, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: <br> EFFEXOR XR ANTITRUST LITIGATION <br><br><br> This Document Relates To:  All Actions. | **LEAD CASE NO.:  3:11-CV-05479-ZNQ-JBD** <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel on behalf Defendants, Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc., in this matter and requests electronic notification of all papers, pleadings, notices and documents filed and served or required to be filed or served in this matter, at the email addresses identified below.

**CLARK GULDIN**
20 Church Street – Suite 15
Montclair, New Jersey 07042
(973) 314-1967
aowens@clarkguldin.com

By: */s/ Arthur M. Owens*
        Arthur M. Owens, Esq.

Dated:  July 30, 2025