UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                             **DATE:** AUGUST 19, 2024

**JUDGE ZAHID N. QURAISHI**

**COURT REPORTER:** MEGAN MCKAY-SOULE

**TITLE OF CASE:**                                              **DOCKET # 3:11-CV-5479 (ZNQ)**

IN RE: EFFEXOR XR ANTITRUST LITIGATION

PROFESSIONAL DRUG COMPANY, INC.
         vs.
 WYETH, INC.
            and

**APPEARANCES:**
James Cecchi, Esq., and Kevin Cooper Carella, Esq., for Plaintiffs
Kevin Neylan, Esq. and Arthur Owens, Esq. for Defendant

**NATURE OF PROCEEDINGS:** FAIRNESS HEARING
Final Approval of Class Action/Fairness Hearing held as to [823] Motion for Settlement and [824] Motion for Attorney Fees filed by Indirect Purchaser Class Plaintiffs.
Ordered Motions [823] and [824] Granted.
Order to be submitted.

Time Commenced:    12:58 PM
Time Adjourned:    1:04 PM
Total Time:           6 mins.

                                                         s/ Kim Stillman
                                                         **DEPUTY CLERK**