**CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101**

OFFICIAL BUSINESS

DV DANIELS NJ 070
21 AUG 2025 PM 8 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
08/20/2025 ZIP 07101
043M31257646
US POSTAGE

Theodore M. Lieverman
1818 Market St, Suite 2500
Philadelphia, PA 19103

NIXIE          171     EE  1              2208/28/25
     RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
     UNABLE TO FORWARD
BC: 07101                  *1730-10076-21-42

19103-365025


## Orders on Motions

3:11-cv-05479-ZNQ-JBD
PROFESSIONAL DRUG
COMPANY, INC. v. WYETH, INC.

LEAD,MEDIATION-PRIVATE,SCHEDO,SM



## U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 8/19/2025 at 3:36 PM EDT and filed on 8/19/2025
**Case Name:**     PROFESSIONAL DRUG COMPANY, INC. v. WYETH, INC.
**Case Number:**   3:11-cv-05479-ZNQ-JBD
**Filer:**
**Document Number:** 833

**Docket Text:**
ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS-ACTION SETTLEMENT. Signed by Judge Zahid N. Quraishi on 8/19/2025. (adc, )

**3:11-cv-05479-ZNQ-JBD Notice has been electronically mailed to:**

A. LUKE SMITH     lsmith@radicelawfirm.com, a.lukesmith@gmail.com, lsmith.radicelawfirm.com@recap.email

AMY ELIZABETH BODDORFF     bgant@whitecase.com, jdisanti@whitecase.com, jpace@whitecase.com, mco@whitecase.com, ogierke@whitecase.com

ARTHUR M. OWENS     aowens@clarkguldin.com, dallen@clarkguldin.com, jricci@clarkguldin.com

BARRY L. REFSIN     brefsin@hangley.com, aegervary@hangley.com, cmchugh@hangley.com, ebloom@hangley.com, jsolt@hangley.com

CAITLIN G. COSLETT     ccoslett@bm.net, cchoe@bm.net, dwerwinski@bm.net, hginis@bm.net, sleo@bm.net

CAITLIN VIOLET MCHUGH     cmchugh@hangley.com, jbarnes@hangley.com

CARY ZHANG     czz@hangley.com

DEBORAH S. CORBISHLEY     dsc@sperlingkenny.com, 4631402420@filings.docketbird.com, aneill@sperlingkenny.com, lcr@sperlingkenny.com, mdiaz@sperlingkenny.com, mm@sperlingkenny.com, sep@sperlingkenny.com

DEVORA W. ALLON     devora.allon@kirkland.com

DIANNE M. NAST     dnast@nastlaw.com

DONALD A. ECKLUND     decklund@carellabyrne.com, 7769272420@filings.docketbird.com

FAITH S. HOCHBERG     judgehochberg@judgehochberg.com, daniela@judgehochberg.com

JAMES E. CECCHI    jcecchi@carellabyrne.com, jsteele@carellabyrne.com, mrago@carellabyrne.com, zbower@carellabyrne.com

JAY P. LEFKOWITZ    lefkowitz@kirkland.com

JEFFREY A. LEON    jeff@Qulegal.com

JESSICA K. FORMICHELLA    jformichella@walsh.law

JOHN D. RADICE    jradice@radicelawfirm.com, drubenstein@radicelawfirm.com, kpickle@radicelawfirm.com, lsmith@radicelawfirm.com

JONATHAN D. JANOW    jonathan.janow@bipc.com

KARA LEE MONAHAN    kmonahan@ftc.gov, jtowey@ftc.gov

KAREN M. LERNER    klerner@Kmllp.com, amaneiro@kmllp.com, ebrehm@kmllp.com, karen-lerner-7246@ecf.pacerpro.com

KEVIN PETER RODDY    kroddy@wilentz.com, mmcguckin@wilentz.com

LINDA P. NUSSBAUM    lnussbaum@nussbaumpc.com

LIZA M. WALSH    lwalsh@walsh.law, btroyan@walsh.law, mhogan@walsh.law, ntravostino@walsh.law

MARY ANN GEPPERT    mgeppert@srkattorneys.com

MATTHEW F. GATELY    mfg@njlawfirm.com, ml@njlawfirm.com, sl@njlawfirm.com

PARVIN KRISTY AMINOLROAYA    paminolroaya@seegerweiss.com, AShinde@SeegerWeiss.com, dfamuyide@seegerweiss.com, hsafdar@seegerweiss.com, sberry@seegerweiss.com

RICHARD D. SCHWARTZ    rschwartz@bm.net

RICHARD J. BURKE    ecf@Qulegal.com

SHERYN ALEXANDER    sheryn.george@whitecase.com

TIMOTHY JOHN SLATTERY    tslattery@ftc.gov

WILLIAM H. TROUSDALE    wtrousdale@clarkguldin.com

WILLIAM T. WALSH , JR    wwalsh@proskauer.com, william-walsh-2578@ecf.pacerpro.com

**3:11-cv-05479-ZNQ-JBD Notice has been sent by regular U.S. Mail:**

IBEW-NECA LOCAL 505 HEALTH & WELFARE PLAN,


LOUISIANA HEALTH SERVICE INDEMNITY COMPANY


NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH

AND WELFARE TRUST FUND

SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND

CHARLES F. BARRETT

DARYL DEINO

JENNIFER MACNAUGHTON

JONATHAN J. LERNER
PILGRIM MEDIATION GROUP
4 TIMES SQUARE
NEW YORK, NY 10036

JOSEPH P. GUGLIELMO

PATRICIA SUTTER

PENELOPE ABDIEL

THEODORE M. LIEVERMAN
SPECTOR, ROSEMAN & KODROFF, PC
1818 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/19/2025] [FileNumber=19850160-0] [52f1450df6aa1953baff3f9c4b3e1d297b101983ef1fd26d469d0ab91dc6b26d88 52d77e62fa686f56f6ec758a8840f8b22bf264296c7ea15c80878e8facb60e]]