

Park 80 West–Plaza One  (201) 845-9600 Main
250 Pehle Avenue  (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

September 18, 2025

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *In re Effexor XR Antitrust Litigation,* No. 11-5479 (ZNQ/JBD)

Dear Judge Day:

The undersigned is counsel to Direct Purchaser Class Plaintiffs in the above-captioned litigation. Direct Purchaser Class Plaintiffs respectfully request leave to file an overlength reply brief of 25 pages in 14-point font in further support of Direct Purchaser Class Plaintiffs' Motion for Class Certification (the "Motion") (filed on May 22, 2025 at ECF No. 818). Direct Purchaser Class Plaintiffs' reply brief in is due on September 25, 2025.

Additional pages are warranted so that Direct Purchaser Class Plaintiffs can adequately respond to Teva's numerous arguments, including several arguments that the proposed Direct Purchaser Class should not be certified due to purported lack of evidentiary support. *See* Teva's Opposition to the Motion (ECF No. 828). The Motion is an important motion in a long-running complex litigation and, under the circumstances, such a request is reasonable. Direct Purchaser Class Plaintiffs further note that briefing will be completed long before the hearing, which was recently adjourned to February 4, 2026 (ECF No. 835).

Defendant Teva requested that Direct Purchaser Class Plaintiffs advise the Court that "Defendant Teva believes the default page limits are adequate to address the issues implicated by Plaintiffs' motion." Teva has confirmed that it does not intend to file an opposition to this request.

If this request is amenable to the Court, we respectfully request that Your Honor So Order this correspondence and enter it on the docket. Plaintiffs thank the Court for its continued attention to this matter.

Respectfully Submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately

cc: Counsel of Record (*via ECF*)