COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600 (telephone)
(201) 845-9423 (fax)
mfg@njlawfirm.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: EFFEXOR XR ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Direct Purchaser Class Actions* | Master Docket No. 3:11-cv-05479 (ZNQ/JBD) |

**CERTIFICATION OF MATTHEW F. GATELY IN SUPPORT OF
DIRECT PURCHASER CLASS PLAINTIFFS' REPLY IN
FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Matthew F. Gately, hereby certify and state as follows:

1.     I am an attorney at law of the State of New Jersey, a member of the bar of this Court, and a Partner of the law office of Cohn Lifland Pearlman Herrmann & Knopf LLP. I am interim liaison counsel to the proposed class of Direct Purchasers and have personal knowledge of the facts contained herein.

2.     As noted in Direct Purchaser Class Plaintiffs' Reply in Further Support

1

of Motion for Class Certification, Exhibits 1-38 are the exhibits to my May 22, 2025 Certification in Support of Direct Purchaser Class Plaintiffs' Motion for Class Certification.

3. Attached as Exhibit 39 is a true and correct copy of the Rebuttal Report of Jeffrey J. Leitzinger, Ph.D. dated September 18, 2025 (FILED UNDER SEAL).

4. Attached as Exhibit 40 is a true and correct copy of the deposition transcript of Dr. Bruce Stangle dated September 9, 2025 (FILED UNDER SEAL).

5. Attached as Exhibit 41 is a true and correct copy of the Expert Report of Bruce E. Stangle, Ph.D. dated July 17, 2025 (FILED UNDER SEAL).

6. Attached as Exhibit 42 is a true and correct copy of the Expert Report of Professor Kenneth G. Elzinga dated July 17, 2025 (FILED UNDER SEAL).

7. Attached as Exhibit 43 is a true and correct copy of the deposition transcript of Jennifer Wodarczyk dated February 26, 2025 (FILED UNDER SEAL).

8. Attached as Exhibit 44 is a true and correct copy of the deposition transcript of Suneet Varma dated March 27, 2025 (FILED UNDER SEAL).

9. Attached as Exhibit 45 is a true and correct copy of a Certificate of Existence for Aetna, Inc.

10. Attached as Exhibit 46 is a true and correct copy of a Certificate of Good Standing for Duane Reade Inc.

11. Attached as Exhibit 47 is a true and correct copy of a Certificate of

Existence for EDC Drug Stores, Inc., together with a Secretary of State business record for EDC Drug Stores, Inc., retrieved from the North Carolina Secretary of State website indicating that EDC's previous legal names include Kerr Drug Stores, Inc. and Kerr Drugs, Inc.

12. Attached as Exhibit 48 is a true and correct copy of Certificate of Good Standing for Schnuck Markets, Inc.

13. Attached as Exhibit 49 is a true and correct copy of the Affidavit of Vlady Gleizer in Support of Direct Purchaser Class Plaintiffs' Motion for an Order of Distribution, *In re Aggrenox Antitrust Litigation*, No. 14-md-02516, ECF No. 835-2 (D.N.J. Aug. 27, 2018).

14. Attached as Exhibit 50 is a true and correct copy of the Declaration of Tina Chiango of RG/2 Claims Administration in Support of Direct Purchaser Class Plaintiffs' Motion for Distribution from the Net Settlement Fund, *In re Novartis and Par Antitrust Litigation*, No. 18-cv-04361, ECF No. 644-1 (S.D.N.Y. Oct. 27, 2023).

15. Attached as Exhibit 51 is a true and correct copy of the Declaration of Eric Miller in Support of Direct Purchaser Class Plaintiffs' Motion to Distribute Net Settlement Fund, *In re Intuniv Antitrust Litigation*, No. 16-cv-12653, ECF No. 753 (D. Mass. Apr. 14, 2025).

16. Attached as Exhibit 52 is a true and correct copy of the Affidavit of Vlady Gleizer in Support of Direct Purchaser Class Plaintiffs' Motion for an Order

of Distribution, *In re K-Dur Antitrust Litigation*, No. 01-cv-01652, ECF No. 1059-3 (D.N.J. May 15, 2018).

17. Attached as Exhibit 53 is a true and correct copy of Direct Purchaser Plaintiffs' Motion for Distribution of Net Settlement Fund, *In re Lidoderm Antitrust Litigation*, No. 14-md-02521, ECF No. 1063 (N.D. Cal. Jan. 30, 2019).

18. Attached as Exhibit 54 is a true and correct copy of the Declaration of Tina Chiango of RG/2 Claims Administration in Support of Motion for Distribution from the Settlement Fund, *In re Lipitor Antitrust Litigation*, No. 12-cv-02389, ECF No. 1459-2 (D.N.J. Aug. 13, 2024).

19. Attached as Exhibit 55 is a true and correct copy of the Declaration of Tina Chiango in Support of Direct Purchaser Class Plaintiffs' Motion for Order Approving Distribution of the Net Settlement Fund, *In re Loestrin 24 FE Antitrust Litigation*, No. 13-md-02472, ECF No. 1466-2 (D.R.I. June 25, 2021).

20. Attached as Exhibit 56 is a true and correct copy of the Declaration of Phil Mattoon of Rust Consulting, Inc. in Support of Direct Purchaser Class Plaintiffs' Motion for an Order of Distribution, *In re Namenda Direct Purchaser Antitrust Litigation*, No. 15-cv-07488, ECF No. 956 (S.D.N.Y. Feb. 5, 2021).

21. Attached as Exhibit 57 is a true and correct copy of the Declaration of Tina Chiango of RG/2 Claims Administration in Support of Motion for Distribution from the Net Settlement Fund, *In re Opana ER Antitrust Litigation*, No. 14-cv-

10150, ECF No. 1096-1 (N.D. Ill. May 18, 2023).

22. Attached as Exhibit 58 is a true and correct copy of the Affidavit of Michael Rosenbaum in Support of Direct Purchaser Class Plaintiffs' Motion for an Order of Distribution, *King Drug Company of Florence, Inc., et al. v. Cephalon, Inc., et al.*, No. 06-cv-01797, ECF No. 1018-2 (E.D. Pa. Apr. 13, 2016).

23. Attached as Exhibit 59 is a true and correct copy of the Direct Purchaser Class Plaintiff's Motion for Distribution of Net Settlement Fund, *In re Relafen Antitrust Litigation*, No. 01-cv-12239, ECF No. 392 (D. Mass. Mar. 29, 2005).

24. Attached as Exhibit 60 is a true and correct copy of the Notice of Motion in Support of Direct Purchaser Class Plaintiff's Motion for Distribution of Net Settlement Fund, *In re Remeron Direct Purchaser Antitrust Litigation*, No. 03-cv-00085, ECF No. 187 (D.N.J. Feb. 2, 2007).

25. Attached as Exhibit 61 is a true and correct copy of the Declaration of Tina Chiango of RG/2 Claims Administration in Support of Direct Purchaser Class Plaintiffs' Motion for Distribution from the Net Settlement Fund, *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation*, No. 13-md-02445, ECF No. 1003-1 (E.D. Pa. Apr. 2, 2024).

26. Attached as Exhibit 62 is a true and correct copy of the Direct Purchaser Plaintiff's Unopposed Motion for Distribution of Net Settlement Fund, *In re Wellbutrin XL Antitrust Litigation*, No. 08-cv-02431, ECF No. 501 (E.D. Pa. May

23, 2013).

27. Attached as Exhibit 63 is a true and correct copy of the Direct Purchaser Plaintiffs' Unopposed Motion for Distribution of Net Settlement Fund, *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Limited Company*, No. 12-cv-03824, ECF No. 675 (E.D. Pa. Jan. 15, 2015).

28. Attached as Exhibit 64 is a true and correct copy of the Reply Report of Professor Thomas G. McGuire, Ph.D. dated September 18, 2025 (FILED UNDER SEAL).

29. Attached as Exhibit 65 is a true and correct copy of the Rebuttal Expert Report of Daisy Rivera-Muzzio dated September 18, 2025 (FILED UNDER SEAL).

30. Attached as Exhibit 66 is a true and correct copy of the Rebuttal Expert Report of Robert T. Hrubiec, Ph.D., J.D. dated September 18, 2025 (FILED UNDER SEAL).

31. Attached as Exhibit 67 are excerpts from the U.S. Small Business Administration's PPP FOIA datafiles available at https://data.sba.gov/dataset/ppp-foia (last accessed September 16, 2025). Discount Drug Mart, Inc. appears in the datafile "public_up_to_150k_5_240930.csv" and Atlantic Apothecary, Inc., Capital Wholesale Drug Co, Drogueria Betances LLC, Drugs Unlimited Inc., Genetco, Inc. Pharmacy Buying Association Inc, and Quest Pharmaceuticals, Inc. appear in the datefile "public_150k_plus_240930.csv."

32. Attached as Exhibit 68 is a true and correct copy of the Second Amended Complaint, *Value Drug Co. v. Takeda Pharms., U.S.A., Inc.,* No. 21-cv-03500, ECF No. 905 (E.D. Pa. Apr. 14, 2023).

33. Attached as Exhibit 69 is a true and correct copy of the Declaration of Charlie Empson, *In re Zetia (Ezetimibe) Antitrust Litigation*, No. 18-md-02836, ECF No. 1358 (E.D. Va. Sept. 24, 2021).

34. Attached as Exhibit 70 is a true and correct copy of the Declaration of Rafael Emmanuelli, *In re Zetia (Ezetimibe) Antitrust Litigation*, No. 18-md-02836, ECF No. 1360 (E.D. Va. Sept. 24, 2021).

35. Attached as Exhibit 71 is a true and correct copy of a demonstrative exhibit showing claim values in this litigation for Class who have not filed joinder actions in similar cases where class certification was denied, which includes excerpts from Ex. 39, Leitzinger Reb. at Exs. 8A, 8B, 8C (FILED UNDER SEAL).

36. Attached as Exhibit 72 is a true and correct copy of the Rebuttal Expert Report of Connie Lin dated September 9, 2025 (FILED UNDER SEAL).

37. Attached as Exhibit 73 is a true and correct copy of declarations reporting request for exclusion in the following class actions: (a) Supplemental Declaration of Daniel Coggeshall re: (A) Mailing of the Notice and (B) Report on Requests for Exclusion Received ¶ 4, *In re Flonase Antitrust Litig.*, C.A. No. 08-CV-3149, ECF No. 251-1 (E.D. Pa. July 18, 2011); (b) Declaration of Charles

Ferrara Regarding: (A) Dissemination of Notice; (B) Website; and (C) Report on Requests for Exclusion ¶ 9, *In re Glumetza Antitrust Litig.*, No. 19-cv-05822, ECF No. 427-1 (N.D. Cal. Dec. 21, 2020); (c) Declaration of Vlady Gleizer Regarding Transmission of Notice to the Direct Purchaser Class ¶ 5, *In re K-Dur Antitrust Litig.*, No. 01-cv-01652, ECF 922 (D.N.J. Nov. 22, 2016); (d) Declaration of Michael Rosenbaum of Berdon Claims Administration LLC Regarding Receipt of Requests for Exclusion ¶ 5, Exhibits B and C, *In re Lidoderm Antitrust Litig.*, No. 14-md-02521, ECF 768 (N.D. Cal. June 30, 2017); (e) Declaration of Tina Chiango Regarding Notice to the Direct Purchaser Class ¶ 9, *In re Loestrin 24 FE Antitrust Litig.*, No. 13-md-02472, ECF 1270-1 (D.R.I. Oct. 15, 2019); (f) Declaration of Notice Administrator Regarding Transmission of Notice to the Direct Purchaser Class ¶ 5, *In re Namenda Direct Purchaser Antitrust Litig.*, No. 15-cv-07488, ECF No. 679 (S.D.N.Y. Mar. 6, 2019); (g) Declaration of Daniel Coggeshall of Rust Consulting, Inc. Regarding Receipt of Requests for Exclusion ¶¶ 5-6, *In re Nexium Antitrust Litig.*, No. 12-md-02409, ECF No. 862 (D. Mass. Feb. 25, 2014); (h) Declaration of Tina Chiango Regarding Notice to the Direct Purchaser Class ¶ 9, *In re Niaspan Antitrust Litig.*, No. 13-md-02460, ECF 702 (E.D. Pa. Feb 25, 2020); (i) Declaration of Tina Chiango, RG/2 Claims Administration LLC, Regarding Notice to the Direct Purchaser Class ¶ 8, *In re Opana ER Antitrust Litig.*, No. 14-cv-10150, ECF No. 768 (N.D. Ill. Dec. 9, 2021); (j) Declaration of Jessica Jenkins Regarding

Notice Mailing ¶ 12, *In re Ranbaxy Generic Drug Application Antitrust Litig.*, No. 19-md-02878, ECF No. 506-1 (D. Mass. Nov. 23, 2021); (k) Corrected Declaration of Tina Chiango, RG/2 Claims Administration LLC, Regarding Notice to the Direct Purchaser Class ¶ 6, *In re Seroquel XR Antitrust Litig.*, No. 20-cv-01076, ECF No. 663 (D. Del. July 9, 2024); (l) Declaration of Brian Manigault Regarding the Notice Program & Requests for Exclusion Report ¶¶ 10-11, *In re Solodyn Litig.*, No. 14-md-02503, ECF No. 989-1 (D. Mass. Feb. 12, 2018); (m) Declaration of Tina Chiango Regarding Notice to the Direct Purchaser Class ¶ 10, *In re Suboxone Antitrust Litig.*, No. 13-md-02445, ECF No. 736-1 (E.D. Pa. Apr. 28, 2021); (n) Second Affidavit of Adam M. Steinfeld, Esq. Regarding Certain Notice Matters ¶ 3, *In re Tricor Direct Purchaser Antitrust Litig.*, No. 05-cv-00340, ECF No. 518 (D. Del. Nov. 18, 2008); (o) Declaration of Matthew E. Pohl Regarding Notice of Pendency ¶ 7, *In re Wellbutrin SR Direct Purchaser Antitrust Litig.*, No. 04-cv-05525, ECF No. 189-1 (E.D. Pa. Oct. 13, 2008); (p) Declaration of Notice Administrator Concerning Delivery of Notice to Class Members ¶ 3, *In re Wellbutrin XL Antitrust Litig.*, No. 08-cv-02431, ECF No. 416-1 (E.D. Pa. Jan. 20, 2012); (q) Affidavit of Michael Rosenbaum Regarding Lack of Requests for Exclusion and Objections to the Settlement ¶ 3, *In re Aggrenox Antitrust Litig.*, No. 14-cv-02516, ECF No. 733-7 (D. Conn. Nov. 22, 2017); (r) Declaration of Tina Chiango, RG/2 Claims Administration LLC, Regarding Notice of the Proposed Settlement to the

Direct Purchaser Class ¶ 6, *In re Novartis and Par Antitrust Litig.*, No. 18-cv-04361, ECF No. 613-1 (S.D.N.Y. Mar. 30, 2023); (s) Declaration of Tina Chiango of RG/2 Claims Administration LLC Regarding Notice of the Proposed Settlement to the Direct Purchaser Class ¶ 7, *In re Lipitor Antitrust Litig.*, No. 12-cv-02389, ECF No. 1409-2 (D.N.J. May 29, 2024).

38.  Attached as Exhibit 74 is a true and correct copy of a Certificate of Good Standing for CVS Health Corporation.

I hereby certify, under penalty of perjury, that the foregoing statements made by me are true.

Dated: September 25, 2025         */s/ Matthew F. Gately*
                                  COHN LIFLAND PEARLMAN
                                    HERRMANN & KNOPF LLP
                                  Matthew F. Gately
                                  Park 80 West – Plaza One
                                  250 Pehle Avenue, Suite 401
                                  Saddle Brook, NJ 07663
                                  (201) 845-9600 (telephone)
                                  (201) 845-9423 (fax)
                                  mfg@njlawfirm.com