# EXHIBIT 45

# Secretary of the State of Connecticut
# Certificate of Legal Existence

Certificate of Legal Existence Certificate

Date Issued: Wednesday, July 23, 2025 10:17 AM

I, the Connecticut Secretary of the State, and keeper of the seal thereof, do hereby certify that the below corporation incorporated under the laws of United States / PA and transacting business in the state of Connecticut filed an application for certificate of authority to transact business in this office.

A certificate of withdrawal has not been filed, the corporation has filed all annual reports, and so far, as indicated by the records of this office, such corporation is authorized to transact business in Connecticut.

**Business Details**

| | |
|---|---|
| Business Name in State of Formation | AETNA INC. |
| Name used to transact Business in Connecticut | AETNA INC. |
| Business ALEI | US-CT.BER:0668349 |
| Registration Date | 12/13/2000 |

_____
Secretary of the State

Business ALEI: US-CT.BER:0668349                    Certificate Number: C-00176410
Note: To verify this certificate, visit Business.ct.gov

Page 1 of 1