# EXHIBIT 46

# Delaware

## The First State

Page 1

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "DUANE READE INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-THIRD DAY OF JULY, A.D. 2025.



*C. P. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State

2300945  8300
SR# 20253443749

Authentication: 204280610
Date: 07-23-25

You may verify this certificate online at corp.delaware.gov/authver.shtml