# EXHIBIT 47

# NORTH CAROLINA
## Department of the Secretary of State

### CERTIFICATE OF EXISTENCE

I, ELAINE F. MARSHALL, Secretary of State of the State of North Carolina, do hereby certify that

**EDC DRUG STORES, INC.**

is a corporation duly incorporated under the laws of the State of North Carolina, having been incorporated on the 13th day of August, 1953, with its period of duration being Perpetual.

I FURTHER certify that, as of the date set forth hereunder, the said corporation's articles of incorporation are not suspended for failure to comply with the Revenue Act of the State of North Carolina; that the said corporation is not administratively dissolved for failure to comply with the provisions of the North Carolina Business Corporation Act; that its most recent annual report required by N.C.G.S. 55-16-22 has been delivered to the Secretary of State; and that the said corporation has not filed articles of dissolution as of the date of this certificate.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 25th day of April, 2024.

*Elaine F. Marshall*

**Secretary of State**




Scan to verify online.

Certification# 120056037-1  Reference# 21468141-  Page: 1 of 1
Verify this certificate online at https://www.sosnc.gov/verification



Here's how you know

MENU

Home   Business Registration   Search   Search Results

# Search Results

**BRD Search: Records Found:** 1

**Words:** Starting With   **Organization Name** Edc Drug Stores   **Search Time** 9/4/2025 02:02 PM

**Key:** Organization Name (SOSID)
Status • Organization Type

[Search Again](#)

## Edc Drug Stores, Inc. • 0080028
Current - Active • Business Corporation

**File annual report**

**Legal name:** Edc Drug Stores, Inc.
**Prev Legal name:** Kerr Drug Stores, Inc.
**Prev Legal name:** Kerr Associates, Inc.
**Prev Legal name:** Kerr Drugs, Inc.
**Sosid:** 0080028
**Date formed:** 8/13/1953
**Status:** Current - Active
**Citizenship:** Domestic
**Business type:** Business Corporation

[More information](#)

[View filings](#)

[File an annual report for Edc Drug Stores, Inc.](#)

[Prepopulated Annual Reports](#)

Online filing

Order a document

Add to My Email Notification list

Return to top

## Other Agencies

NC Gov

State Board of Elections

North Carolina Birth Certificate Information

North Carolina State Bar

North Carolina Department of Commerce

North Carolina Department of Revenue

All North Carolina Government Organizations

## Links of Interest

National Association of Secretaries of State

Intellectual Property

NASAA - North American Securities Administrators Association

North Carolina Consular Corps

Secretary of State Disclaimer & Privacy

Hours of Operation Monday - Friday 8:00 am - 5:00 pm





## North Carolina Secretary of State's Office

  

**Contact Us**

919-814-5400    Support    Division Directory