# EXHIBIT 48

# STATE OF MISSOURI



**Denny Hoskins**
**Secretary of State**

## CORPORATION DIVISION
## CERTIFICATE OF GOOD STANDING

I, DENNY HOSKINS, Secretary of State of the State of Missouri, do hereby certify that the records in my office and in my care and custody reveal that

*SCHNUCK MARKETS, INC.*
*00089350*

was created under the laws of this State on the 28th day of March, 1957, and is in good standing, having fully complied with all requirements of this office.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 22nd day of July, 2025.



*Denny Hoskins*
Secretary of State

Certification Number: CERT-07222025-0165