COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
(201) 845-9600 (telephone)
(201) 845-9423 (fax)
mfg@njlawfirm.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: EFFEXOR XR ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Direct Purchaser Class Actions* | **Master Docket No. 3:11-cv-05479 (ZNQ/JBD)** |

### CERTIFICATE OF SERVICE

The undersigned certifies that on September 25, 2025, a copy of the foregoing Direct Purchaser Class Plaintiffs' Reply in Further Support of Motion for Class Certification; Certification of Matthew F. Gately in Support of Direct Purchaser Class Plaintiffs' Reply in Further Support of Motion for Class Certification (and accompanying exhibits); [Proposed] Order Granting Direct Purchaser Class Plaintiffs' Motion for Class Certification; and this

1

Certificate of Service were filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System. Additionally, copies of any documents filed under seal will be conveyed via electronic mail to counsel of record.

Dated: September 25, 2025         */s/ Matthew F. Gately*
                                                 COHN LIFLAND PEARLMAN
                                                  HERRMANN & KNOPF LLP
                                                 Matthew F. Gately
                                                 Park 80 West – Plaza One
                                                 250 Pehle Avenue, Suite 401
                                                 Saddle Brook, NJ 07663
                                                 (201) 845-9600 (telephone)
                                                 (201) 845-9423 (fax)
                                                 mfg@njlawfirm.com