

Park 80 West–Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

njlawfirm.com

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

September 25, 2025

**VIA ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *In re Effexor XR Antitrust Litigation,* No. 11-5479 (ZNQ/JBD)

Dear Judge Quraishi:

As the Court is aware, the undersigned is counsel to Direct Purchaser Class Plaintiffs ("DPPs") in the above-referenced litigation. On May 22, 2025, DPPs moved for class certification (ECF Nos. 818, 819). The motion was opposed on July 24, 2025 (ECF Nos. 828, 829). Earlier this evening, DPPs' reply in further support of class certification was filed (ECF Nos. 838, 839, 840). Due to an administrative error, DPPs' filings were listed as on behalf of "All Plaintiffs," the "Indirect Purchaser Class Plaintiffs," and/or the "Indirect Purchaser Class Plaintiffs."

In an abundance of caution, DPPs write to clarify that their filings (ECF Nos. 818, 819, 838, 839, 840) were made only on behalf of the Direct Purchaser Class, and no other plaintiffs in this litigation. As such, DPPs respectfully request that the Court order the Clerk of the Court to revise the docket entries for those filings to reflect that they were filed on behalf of the "Direct Purchaser Class Plaintiffs" and remove reference to any other plaintiff groups. If the foregoing is acceptable to the Court, DPPs respectfully request that the Court "so order" this correspondence and enter it on the docket.

DPPs thank the Court for its continued attention to this matter.

Respectfully Submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately

cc: Counsel of Record (*via ECF*)

Case 3:11-cv-05479-ZNQ-JBD    Document 841    Filed 09/25/25    Page 2 of 2 PageID: 18360