

Park 80 West–Plaza One    (201) 845-9600 Main
250 Pehle Avenue    (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

October 7, 2025

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *In re Effexor XR Antitrust Litigation,* **No. 11-5479 (ZNQ/JBD)**

Dear Judge Day:

    The undersigned is counsel to Direct Purchaser Class Plaintiffs ("DPPs") in the above-captioned litigation. On September 25, 2025, DPPs filed their reply brief in further support of their pending motion for class certification. *See* ECF Nos. 838-40. Pursuant to L. Civ. R. 5.3(c)(2), the deadline for the parties to file the omnibus motion to seal is currently October 9, 2025.

    Due to the number of exhibits that were filed under seal and the potential need to coordinate with non-parties to the litigation regarding the sealing of their confidential information, the parties jointly respectfully request a three-week extension for the deadline to move to seal, which would make the deadline to so move October 30, 2025.

    If this request is amenable to the Court, we respectfully request that Your Honor So Order this correspondence and enter it on the docket. Plaintiffs thank the Court for its continued attention to this matter.

    Respectfully Submitted,

    */s/ Matthew F. Gately*
    Matthew F. Gately

    **IT IS SO ORDERED** this **9th** day of **October**, 2025

*[Signature]*
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record (*via ECF*)