CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

Theodore M. Lieverman
Spector, Roseman, Kodroff PC
1818 Market Street
Suite 2500
Philadelphia, PA 19103

US POSTAGE
$001.03
09/22/2025 ZIP 07101
043M31257646
FIRST-CLASS MAIL
IMI

22 SEP 2025 PM 8

NIXIE          171    CE 1           2209/27/25
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
         BC: 07101              *0319-06889-26-42

**Other Orders/Judgments**

3:11-cv-05479-ZNQ-JBD
PROFESSIONAL DRUG
COMPANY, INC. v. WYETH, INC.

LEAD,MEDIATION-
PRIVATE,SCHEDO,SM



2025 OCT -7  A 1:40

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 9/19/2025 at 4:55 PM EDT and filed on 9/19/2025
**Case Name:**      PROFESSIONAL DRUG COMPANY, INC. v. WYETH, INC.
**Case Number:**    3:11-cv-05479-ZNQ-JBD
**Filer:**
**Document Number:** 837

**Docket Text:**
**LETTER ORDER granting [836] Plaintiff's request for leave to file an overlength reply brief of 25 pages. Signed by Magistrate Judge J. Brendan Day on 9/19/2025. (mj)**

**3:11-cv-05479-ZNQ-JBD Notice has been electronically mailed to:**

A. LUKE SMITH     lsmith@radicelawfirm.com, a.lukesmith@gmail.com, lsmith.radicelawfirm.com@recap.email

AMY ELIZABETH BODDORFF     bgant@whitecase.com, jdisanti@whitecase.com, jpace@whitecase.com, mco@whitecase.com, ogierke@whitecase.com

ARTHUR M. OWENS     aowens@clarkguldin.com, dallen@clarkguldin.com, jricci@clarkguldin.com

BARRY L. REFSIN     brefsin@hangley.com, aegervary@hangley.com, cmchugh@hangley.com, ebloom@hangley.com, jsolt@hangley.com

CAITLIN G. COSLETT     ccoslett@bm.net, cchoe@bm.net, dwerwinski@bm.net, hginis@bm.net, sleo@bm.net

CAITLIN VIOLET MCHUGH     cmchugh@hangley.com, jbarnes@hangley.com

CARY ZHANG     czz@hangley.com

DEBORAH S. CORBISHLEY     dsc@sperlingkenny.com, 4631402420@filings.docketbird.com, aneill@sperlingkenny.com, lcr@sperlingkenny.com, mdiaz@sperlingkenny.com, mm@sperlingkenny.com, sep@sperlingkenny.com

DEVORA W. ALLON     devora.allon@kirkland.com

DIANNE M. NAST     dnast@nastlaw.com

DONALD A. ECKLUND     decklund@carellabyrne.com, 7769272420@filings.docketbird.com

FAITH S. HOCHBERG     judgehochberg@judgehochberg.com, daniela@judgehochberg.com

JAMES E. CECCHI     jcecchi@carellabyrne.com, jsteele@carellabyrne.com, mrago@carellabyrne.com, zbower@carellabyrne.com

JAY P. LEFKOWITZ     lefkowitz@kirkland.com

JEFFREY A. LEON     jeff@Qulegal.com

JESSICA K. FORMICHELLA     jformichella@walsh.law

JOHN D. RADICE     jradice@radicelawfirm.com, drubenstein@radicelawfirm.com, kpickle@radicelawfirm.com, lsmith@radicelawfirm.com

JONATHAN D. JANOW     jonathan.janow@bipc.com

KARA LEE MONAHAN     kmonahan@ftc.gov, jtowey@ftc.gov

KAREN M. LERNER     klerner@Kmllp.com, amaneiro@kmllp.com, ebrehm@kmllp.com, karen-lerner-7246@ecf.pacerpro.com

KEVIN PETER RODDY     kroddy@wilentz.com, mmcguckin@wilentz.com

LINDA P. NUSSBAUM     lnussbaum@nussbaumpc.com

LIZA M. WALSH     lwalsh@walsh.law, btroyan@walsh.law, mhogan@walsh.law, ntravostino@walsh.law

MARY ANN GEPPERT     mgeppert@srkattorneys.com

MATTHEW F. GATELY     mfg@njlawfirm.com, ml@njlawfirm.com, sl@njlawfirm.com

PARVIN KRISTY AMINOLROAYA     paminolroaya@seegerweiss.com, AShinde@SeegerWeiss.com, dfamuyide@seegerweiss.com, hsafdar@seegerweiss.com, sberry@seegerweiss.com

RICHARD D. SCHWARTZ     rschwartz@bm.net

RICHARD J. BURKE     ecf@Qulegal.com

SHERYN ALEXANDER     sheryn.george@whitecase.com

TIMOTHY JOHN SLATTERY     tslattery@ftc.gov

WILLIAM H. TROUSDALE     wtrousdale@clarkguldin.com

WILLIAM T. WALSH , JR     wwalsh@proskauer.com, william-walsh-2578@ecf.pacerpro.com

**3:11-cv-05479-ZNQ-JBD Notice has been sent by regular U.S. Mail:**

IBEW-NECA LOCAL 505 HEALTH & WELFARE PLAN,

LOUISIANA HEALTH SERVICE INDEMNITY COMPANY

NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH

AND WELFARE TRUST FUND

SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND

CHARLES F. BARRETT

DARYL DEINO

JENNIFER MACNAUGHTON

JONATHAN J. LERNER
PILGRIM MEDIATION GROUP
4 TIMES SQUARE
NEW YORK, NY 10036

JOSEPH P. GUGLIELMO

PATRICIA SUTTER

PENELOPE ABDIEL

THEODORE M. LIEVERMAN
SPECTOR, ROSEMAN & KODROFF, PC
1818 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/19/2025] [FileNumber=19943832-0] [3cda9636e086a0f83cc6018345c257bcf54fee4981121c95ff79fe129d9cb5375d25880373ee168e35bc2e0b011e5a588b4d1e05294c399baf502b8749fb7005]]



**Cohn Lifland**
Pearlman Herrmann & Knopf LLP

100 YEARS    njlawfirm.com

Park 80 West–Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

September 18, 2025

The request is granted.

**SO ORDERED** this 19th day of September, 2025

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

Re:    *In re Effexor XR Antitrust Litigation,* No. 11-5479 (ZNQ/JBD)

Dear Judge Day:

The undersigned is counsel to Direct Purchaser Class Plaintiffs in the above-captioned litigation. Direct Purchaser Class Plaintiffs respectfully request leave to file an overlength reply brief of 25 pages in 14-point font in further support of Direct Purchaser Class Plaintiffs' Motion for Class Certification (the "Motion") (filed on May 22, 2025 at ECF No. 818). Direct Purchaser Class Plaintiffs' reply brief in is due on September 25, 2025.

Additional pages are warranted so that Direct Purchaser Class Plaintiffs can adequately respond to Teva's numerous arguments, including several arguments that the proposed Direct Purchaser Class should not be certified due to purported lack of evidentiary support. *See* Teva's Opposition to the Motion (ECF No. 828). The Motion is an important motion in a long-running complex litigation and, under the circumstances, such a request is reasonable. Direct Purchaser Class Plaintiffs further note that briefing will be completed long before the hearing, which was recently adjourned to February 4, 2026 (ECF No. 835).

Defendant Teva requested that Direct Purchaser Class Plaintiffs advise the Court that "Defendant Teva believes the default page limits are adequate to address the issues implicated by Plaintiffs' motion." Teva has confirmed that it does not intend to file an opposition to this request.

If this request is amenable to the Court, we respectfully request that Your Honor So Order this correspondence and enter it on the docket. Plaintiffs thank the Court for its continued attention to this matter.

Respectfully Submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately

cc: Counsel of Record (*via ECF*)