**CLERK**
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

Jonathan J. Lerner
Pilgrim Mediation Group
4 Times Square
New York, NY 10036

NIXIE   100   CC 1   0109/27/25
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 07101   *1683-00783-26-36

**Other Orders/Judgments**

3:11-cv-05479-ZNQ-JBD
PROFESSIONAL DRUG COMPANY, INC. v. WYETH, INC.

LEAD,MEDIATION-PRIVATE,SCHEDO,SM

RECEIVED

U.S. District Court

OCT - 7 2025

District of New Jersey [LIVE]    AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

**Notice of Electronic Filing**

The following transaction was entered on 9/19/2025 at 4:55 PM EDT and filed on 9/19/2025
**Case Name:** PROFESSIONAL DRUG COMPANY, INC. v. WYETH, INC.
**Case Number:** 3:11-cv-05479-ZNQ-JBD
**Filer:**
**Document Number:** 837

**Docket Text:**
LETTER ORDER granting [836] Plaintiff's request for leave to file an overlength reply brief of 25 pages. Signed by Magistrate Judge J. Brendan Day on 9/19/2025. (mj)

**3:11-cv-05479-ZNQ-JBD Notice has been electronically mailed to:**

A. LUKE SMITH   lsmith@radicelawfirm.com, a.lukesmith@gmail.com, lsmith.radicelawfirm.com@recap.email

AMY ELIZABETH BODDORFF   bgant@whitecase.com, jdisanti@whitecase.com, jpace@whitecase.com, mco@whitecase.com, ogierke@whitecase.com

ARTHUR M. OWENS   aowens@clarkguldin.com, dallen@clarkguldin.com, jricci@clarkguldin.com

BARRY L. REFSIN   brefsin@hangley.com, aegervary@hangley.com, cmchugh@hangley.com, ebloom@hangley.com, jsolt@hangley.com

CAITLIN G. COSLETT   ccoslett@bm.net, cchoe@bm.net, dwerwinski@bm.net, hginis@bm.net, sleo@bm.net

CAITLIN VIOLET MCHUGH   cmchugh@hangley.com, jbarnes@hangley.com

CARY ZHANG   czz@hangley.com

DEBORAH S. CORBISHLEY   dsc@sperlingkenny.com, 4631402420@filings.docketbird.com, aneill@sperlingkenny.com, lcr@sperlingkenny.com, mdiaz@sperlingkenny.com, mm@sperlingkenny.com, sep@sperlingkenny.com

DEVORA W. ALLON   devora.allon@kirkland.com

DIANNE M. NAST   dnast@nastlaw.com

DONALD A. ECKLUND   decklund@carellabyrne.com, 7769272420@filings.docketbird.com

FAITH S. HOCHBERG   judgehochberg@judgehochberg.com, daniela@judgehochberg.com

JAMES E. CECCHI    jcecchi@carellabyrne.com, jsteele@carellabyrne.com, mrago@carellabyrne.com, zbower@carellabyrne.com

JAY P. LEFKOWITZ    lefkowitz@kirkland.com

JEFFREY A. LEON    jeff@Qulegal.com

JESSICA K. FORMICHELLA    jformichella@walsh.law

JOHN D. RADICE    jradice@radicelawfirm.com, drubenstein@radicelawfirm.com, kpickle@radicelawfirm.com, lsmith@radicelawfirm.com

JONATHAN D. JANOW    jonathan.janow@bipc.com

KARA LEE MONAHAN    kmonahan@ftc.gov, jtowey@ftc.gov

KAREN M. LERNER    klerner@Kmllp.com, amaneiro@kmllp.com, ebrehm@kmllp.com, karen-lerner-7246@ecf.pacerpro.com

KEVIN PETER RODDY    kroddy@wilentz.com, mmcguckin@wilentz.com

LINDA P. NUSSBAUM    lnussbaum@nussbaumpc.com

LIZA M. WALSH    lwalsh@walsh.law, btroyan@walsh.law, mhogan@walsh.law, ntravostino@walsh.law

MARY ANN GEPPERT    mgeppert@srkattorneys.com

MATTHEW F. GATELY    mfg@njlawfirm.com, ml@njlawfirm.com, sl@njlawfirm.com

PARVIN KRISTY AMINOLROAYA    paminolroaya@seegerweiss.com, AShinde@SeegerWeiss.com, dfamuyide@seegerweiss.com, hsafdar@seegerweiss.com, sberry@seegerweiss.com

RICHARD D. SCHWARTZ    rschwartz@bm.net

RICHARD J. BURKE    ecf@Qulegal.com

SHERYN ALEXANDER    sheryn.george@whitecase.com

TIMOTHY JOHN SLATTERY    tslattery@ftc.gov

WILLIAM H. TROUSDALE    wtrousdale@clarkguldin.com

WILLIAM T. WALSH , JR    wwalsh@proskauer.com, william-walsh-2578@ecf.pacerpro.com

**3:11-cv-05479-ZNQ-JBD Notice has been sent by regular U.S. Mail:**

IBEW-NECA LOCAL 505 HEALTH & WELFARE PLAN,

LOUISIANA HEALTH SERVICE INDEMNITY COMPANY

NEW MEXICO UNITED FOOD AND COMMERCIAL WORKERS UNION'S AND EMPLOYERS' HEALTH

AND WELFARE TRUST FUND


SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND


CHARLES F. BARRETT


DARYL DEINO


JENNIFER MACNAUGHTON


JONATHAN J. LERNER
PILGRIM MEDIATION GROUP
4 TIMES SQUARE
NEW YORK, NY 10036

JOSEPH P. GUGLIELMO


PATRICIA SUTTER


PENELOPE ABDIEL


THEODORE M. LIEVERMAN
SPECTOR, ROSEMAN & KODROFF, PC
1818 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/19/2025] [FileNumber=19943832-0] [3cda9636e086a0f83cc6018345c257bcf54fee4981121c95ff79fe129d9cb5375d25880373ee168e35bc2e0b011e5a588b4d1e05294c399baf502b8749fb7005]]



| | |
|---|---|
| Park 80 West–Plaza One | (201) 845-9600 Main |
| 250 Pehle Avenue | (201) 845-9423 Fax |
| Suite 401 | |
| Saddle Brook, NJ 07663 | |

njlawfirm.com

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

September 18, 2025

The request is granted.

**SO ORDERED** this 19th day of September, 2025



J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *In re Effexor XR Antitrust Litigation,* No. 11-5479 (ZNQ/JBD)

Dear Judge Day:

The undersigned is counsel to Direct Purchaser Class Plaintiffs in the above-captioned litigation. Direct Purchaser Class Plaintiffs respectfully request leave to file an overlength reply brief of 25 pages in 14-point font in further support of Direct Purchaser Class Plaintiffs' Motion for Class Certification (the "Motion") (filed on May 22, 2025 at ECF No. 818). Direct Purchaser Class Plaintiffs' reply brief in is due on September 25, 2025.

Additional pages are warranted so that Direct Purchaser Class Plaintiffs can adequately respond to Teva's numerous arguments, including several arguments that the proposed Direct Purchaser Class should not be certified due to purported lack of evidentiary support. *See* Teva's Opposition to the Motion (ECF No. 828). The Motion is an important motion in a long-running complex litigation and, under the circumstances, such a request is reasonable. Direct Purchaser Class Plaintiffs further note that briefing will be completed long before the hearing, which was recently adjourned to February 4, 2026 (ECF No. 835).

Defendant Teva requested that Direct Purchaser Class Plaintiffs advise the Court that "Defendant Teva believes the default page limits are adequate to address the issues implicated by Plaintiffs' motion." Teva has confirmed that it does not intend to file an opposition to this request.

If this request is amenable to the Court, we respectfully request that Your Honor So Order this correspondence and enter it on the docket. Plaintiffs thank the Court for its continued attention to this matter.

Respectfully Submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately

cc: Counsel of Record (*via ECF*)

Case 3:11-cv-05479-ZNQ-JBD   Document 846   Filed 10/07/25   Page 6 of 6 PageID: 18383