COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Matthew F. Gately
Michael Alderman
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
(201) 845-9600 (telephone)
(201) 845-9423 (fax)
mfg@njlawfirm.com
ma@njlawfirm.com

Counsel for Direct Purchaser Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: EFFEXOR XR ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Direct Purchaser Class Actions* | **Master Docket No. 3:11-cv-05479 (ZNQ/JBD)** |

TO THE CLERK OF THE COURT:

     PLEASE TAKE NOTICE that Michael Alderman, Esq. of Cohn Lifland Pearlman Herrmann & Knopf LLP hereby enters an appearance on behalf of Direct Purchaser Plaintiffs, Rochester Drug Co-Operative, Inc., Stephen L. LaFrance Holdings, Inc. d/b/a SAJ Distributors, and Uniondale Chemists, Inc., in the above-captioned matter.

                              Respectfully submitted,

                              COHN LIFLAND PEARLMAN
                              HERRMANN & KNOPF LLP

                             By: */s/ Michael Alderman*
                                    Michael Alderman

Dated: October 13, 2025