UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: EFFEXOR XR ANTITRUST LITIGATION | Case No. 3:11-cv-05479-ZNQ-JBD |

**MOTION TO WITHDRAW
MATTHEW E. VAN TINE AND LORI A. FANNING AS COUNSEL**

Pursuant to Local Civil Rule 101.1(c)(5), the undersigned counsel hereby respectfully moves this Court for leave to withdraw *Pro Hac Vice* Counsel of record Matthew E. Van Tine and Lori A. Fanning of Miller Law LLC, in the above-captioned matter, as Mr. Van Tine and Ms. Fanning are no longer involved in the matter.[1] The granting of this motion will not impose delay or affect any deadlines in the case, and no party will be prejudiced by Mr. Van Tine's or Ms. Fanning's withdrawal. A proposed order is attached.

Dated: October 14, 2025

Respectfully submitted,

/s/ James E. Cecchi
James E. Cecchi
**CARELLA, BRYNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com

*Counsel for Indirect Purchaser Plaintiffs*

---

[1] Mr. Van Tine and Ms. Fanning were originally granted admission *pro hac vice* on October 27, 2011, in *Painters District Council No. 30 Health & Welfare Fund v. Wyeth, Inc., and Wyeth Pharmaceuticals, Inc.*, Case No. 3:11-cv-05590-PGS-LHG. On September 18, 2024, the Court administratively terminated that case in favor of proceeding on the instant docket.