**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: EFFEXOR XR ANTITRUST LITIGATION | Case No. 3:11-cv-05479-ZNQ-JBD |

**PROPOSED ORDER GRANTING MOTION TO**
**WITHDRAW AS COUNSEL**

Before the Court is a Motion to Withdraw Matthew E. Van Tine and Lori A. Fanning as counsel in this matter. The Court has determined that the motion should be GRANTED.

It is hereby,

ORDERED that Matthew E. Van Tine and Lori A. Fanning are withdrawn as counsel in this matter; and

ORDERED that the clerk terminate CM/ECF notices as to Matthew E. Van Tine and Lori A. Fanning for this matter.

**IT IS ORDERED.**

Dated:_____  _____
HON. ZAHID N. QURAISHI
U.S. DISTRICT COURT JUDGE