

Park 80 West–Plaza One (201) 845-9600 Main
250 Pehle Avenue (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

October 29, 2025

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

 Re: *In re Effexor XR Antitrust Litigation,* **No. 11-5479 (ZNQ/JBD)**

Dear Judge Day:

 The undersigned is counsel to Direct Purchaser Class Plaintiffs ("DPPs") in the above-captioned litigation. As the Court is aware, the current deadline for the completion of expert discovery is November 17, 2025. *See* ECF No. 764.

 DPPs write, with Teva's consent, to respectfully request a one-day extension of this deadline, to November 18, 2025, for the limited purpose of permitting the deposition of DPPs' expert, Dr. Leitzinger, to proceed on that date.

 If this request is amenable to the Court, we respectfully request that Your Honor So Order this correspondence and enter it on the docket. Plaintiffs thank the Court for its continued attention to this matter.

          Respectfully Submitted,

          */s/ Matthew F. Gately*
           Matthew F. Gately

cc: Counsel of Record (*via ECF*)