

Park 80 West–Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

njlawfirm.com

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

October 29, 2025

**VIA ECF**
Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *In re Effexor XR Antitrust Litigation,* No. 11-5479 (ZNQ/JBD)

Dear Judge Day:

The undersigned is counsel to Direct Purchaser Class Plaintiffs ("DPPs") in the above-captioned litigation.

On October 9, 2025 (ECF No. 844), Your Honor granted the Parties' joint request for an extension of the deadline for the Parties to file the omnibus motion to seal pertaining to DPPs' Motion for Class Certification.

DPPs and Teva have been working diligently to prepare the motion to seal. However, given the number of exhibits that were filed under seal and the continuing need to coordinate with multiple non-parties to the litigation regarding the potential redaction and sealing of confidential information produced in this litigation by non-parties, the Parties jointly respectfully request an additional one week extension for the deadline to move to seal, which would make the deadline to so move November 6, 2025.

If this request is amenable to the Court, we respectfully request that Your Honor So Order this correspondence and enter it on the docket. Plaintiffs thank the Court for its continued attention to this matter.

Respectfully Submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately

cc: Counsel of Record (*via ECF*)