# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Effexor XR Antitrust Litigation<br><br>This Document Relates To:<br><br>All Actions | Master Docket No.<br><br>3:11-cv-05479 (ZNQ/JBD) |

## NOTICE OF OMNIBUS MOTION TO SEAL

**PLEASE TAKE NOTICE** that on December 1, 2025, or as soon thereafter as counsel may be heard, the undersigned, counsel for Direct Purchaser Plaintiffs Rochester Drug Co-Operative, Inc., Stephen L. LaFrance Holdings, Inc. d/b/a SAJ Distributors, and Uniondale Chemists, Inc. (collectively, "DPPs") and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries, Ltd. (collectively, "Teva" or "Defendant," and together with DPPs, the "Parties"), shall jointly move before the Honorable J. Brendan Day, United States Magistrate Judge, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an order of an Order pursuant to Local Civil Rule 5.3(c) sealing in their entirety the following documents from the parties' class certification filings:

- Exhibits 7, 11-12, and 16 to the Declaration of Matthew F. Gately, dated May 22, 2025, (ECF Nos. 819-7; 819-11 to 819-12; 819-16);

Additionally, the parties propose redactions to the following documents from the parties' class certification filings:

- Memorandum of Law in Support of DPPs' Motion for Class Certification, dated May 22, 2025 (ECF No. 819-00);

- Exhibit 1-3 and 14 to the Declaration of Matthew F. Gately, dated May 22, 2025 (ECF Nos. 819-1 to 819-3; 819-14)

- Teva's Opposition to DPPs' Motion for Class Certification, dated July 24, 2025 (ECF No. 828-00);

- Exhibits 1-4 to the Declaration of Kevin Neylan, dated July 24, 2025 (ECF Nos. 828-2 to 828-5);

- Exhibits 39-41 and 64-65 to the Declaration of Matthew F. Gately, dated September 25, 2025 (ECF Nos. 838-1 to 838-3; 838-7 to 838-8); and

- Exhibit 1 to Letter from DPPs re Leave to Supplement (ECF No. 849-1).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the parties shall rely upon the papers submitted herewith, the accompanying Declarations, and the pleadings previously filed in this action.

**PLEASE TAKE FURTHER NOTICE** that the parties have met and conferred and do not oppose any of the redactions or sealing proposals listed above.

Dated: November 6, 2025                                              Respectfully submitted,

*/s/* Matthew F. Gately                                              */s/ William H. Trousdale*
Cohn Lifland Pearlman Herrman                                        William H. Trousdale
& Knopf LLP                                                          Arthur M. Owens

2

| | |
|---|---|
| Matthew F. Gately<br>Park 80 West, Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NH 07663<br>mfg@njlawfirm.com<br><br>Berger Montague PC<br>David F. Sorensen<br>Caitlin G. Coslett<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>dsorensen@bm.net<br>ccoslett@bm.net<br><br>Taus, Cebulah & Landau, LLP<br>Barry S. Taus<br>123 William Street, Suite 1900A<br>New York, NY 10038<br>btaus@tclaw.com<br><br>Barrett Law Group, P.A.<br>Don Barrett<br>404 Court Square<br>P.O. Box 927<br>Lexington, MS 39095<br>donbarrettpa@gmail.com | Clark Guldin Attorneys at Law<br>20 Church Street, Suite 15<br>Montclair, New Jersey 07042<br>Tel. (973) 707-5346<br>wtrousdale@clarkguldin.com<br>aowens@clarkguldin.com<br><br>Devora W. Allon, P.C.<br>Kevin M. Neylan, Jr.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: 212-446-4800<br>devora.allon@kirkland.com<br>kevin.neylan@kirkland.com<br><br>*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.* |