## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: EFFEXOR XR ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Direct Purchaser Class Actions* | Master Docket No. 3:11-cv-05479 (ZNQ/JBD) |

## DECLARATION OF CAITLIN G. COSLETT IN SUPPORT OF <u>JOINT MOTION TO SEAL</u>

I, Caitlin G. Coslett, declare as follows:

1. I am an attorney at Berger Montague PC and counsel of record for the Direct Purchaser Class Plaintiffs ("Plaintiffs") in this action. I am admitted to the District of New Jersey. I submit this Declaration based upon personal knowledge on behalf of Plaintiffs in support of the Joint Motion to Seal filed today pursuant to Local Civil Rule 5.3(c).

2. The confidential materials listed below and in Appendix A.1 include competitively sensitive information concerning the pricing Plaintiffs received from suppliers of brand and generic Effexor XR, and Plaintiffs' internal business analyses and considerations.

3. Defendants Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd. (collectively "Teva") do not oppose the continued sealing of the confidential materials listed in Appendix A.1 hereto.

4. The confidential materials were produced pursuant to the Discovery Confidentiality Order entered in this litigation (ECF No. 244), and were designated "Highly Confidential – Attorneys' Eyes Only." The cited deposition transcript contains confidential material and has been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Discovery Confidential Order.

5. Continued sealing of the confidential material is necessary because of the ongoing business relationships between Plaintiffs and the manufacturers of brand and generic Effexor XR (including Teva) and other pharmaceutical products.

6. Plaintiffs seek to seal the following, as set forth in Appendix A.1:

    a. Portion of the July 17, 2025 Expert Report of Bruce E Stangle, filed at ECF Nos. 828-5 & 838-2;

    b. Portions of the May 25, 2025 Expert Report of Jeffrey J. Leitzinger, filed at ECF No. 819-1; and

    c. Portions of the Sept. 18, 2025 Rebuttal Expert Report of Jeffrey J. Leitzinger, filed at ECF No. 838-1.

As noted in Appendix A.1, no party objects to any of Plaintiffs' sealing requests, which listed in Appendix A.1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2025

/s/ Caitlin G. Coslett
Caitlin G. Coslett
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604