UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | ) | |
|---|---|---|
| IN RE: EFFEXOR XR ANTITRUST LITIGATION | ) ) ) ) ) ) ) | Civil Action No. 3:11-cv-05479 (ZNQ/JBD) |

**DECLARATION OF JEREMY G. MALLORY IN SUPPORT OF THE MOTION TO SEAL**

Jeremy G. Mallory, being of full age, hereby declares as follows:

1. I am an attorney in the law firm of Massey & Gail LLP, who represents McKesson Corporation ("McKesson") in the above-captioned matter.

2. I submit this Declaration on behalf of McKesson in support of the motion to seal the expert report of Bruce Stangle (ECF Nos. 828-3, 838-2) (the "Report"), and specifically for the redaction of a reference in the Report to the Deposition of Christian Gordon, designated as a witness for McKesson pursuant to Fed. R. Civ. P. 30(b)(6). The reference is on p. 38 of the Report, footnote 92.

3. The Report cites to a portion of the deposition transcript (p. 47:3-8), then adds a parenthetical quotation. McKesson requests the redaction of the parenthetical quotation.

4. McKesson requests the redaction of confidential business information regarding pricing and fees, the disclosure of which would provide insight into the proprietary business strategy of McKesson.

5. If filed on the public docket, the information would reveal McKesson's confidential and proprietary information regarding prices, which is sensitive and protected business information

pertaining to its methods and strategies. Disclosure of this confidential information would harm McKesson's business relationships and would give competitors a competitive advantage.

6. McKesson's request for redaction is limited to the quotation from the deposition, which is the information that will reveal its confidential business information.

7. McKesson is not aware of any prior orders sealing the same or related material, nor is McKesson aware of any objection to the requested redaction.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 8, 2025.

*/s/ Jeremy G. Mallory*