UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EFFEXOR XR ANTITRUST LITIGATION | Civ. No. 11-5479 (ZNQ)(JBD)<br><br>ORDER |

Upon consideration of the motion to withdraw as counsel; and for good cause having been shown;

**IT IS** on this **17th** day of **November, 2025**,

**ORDERED** that Matthew E. Van Tine and Lori A. Fanning, Esqs. of Miller Law LLC ("withdrawing counsel") is hereby withdrawn as *pro hac vice* counsel on behalf of Indirect Purchaser Plaintiffs.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE