**Other Orders/Judgments**

**3:11-cv-05479-ZNQ-JBD**
**PROFESSIONAL DRUG COMPANY, INC. v. WYETH, INC.**

LEAD,MEDIATION-PRIVATE,SCHEDO,SM

# U.S. District Court

## District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 10/31/2025 at 2:33 PM EDT and filed on 10/31/2025
**Case Name:**       PROFESSIONAL DRUG COMPANY, INC. v. WYETH, INC.
**Case Number:**     3:11-cv-05479-ZNQ-JBD
**Filer:**
**Document Number:** 853

**Docket Text:**
**LETTER ORDER granting DPPs' request for a one-day extension of the deadline for completion of expert discovery to 11/18/2025. Signed by Magistrate Judge J. Brendan Day on 10/31/2025. (sm)**

**3:11-cv-05479-ZNQ-JBD Notice has been electronically mailed to:**

A. LUKE SMITH     lsmith@radicelawfirm.com, a.lukesmith@gmail.com, lsmith.radicelawfirm.com@recap.email

AMY ELIZABETH BODDORFF     bgant@whitecase.com, jdisanti@whitecase.com, jpace@whitecase.com, mco@whitecase.com, ogierke@whitecase.com

ARTHUR M. OWENS     aowens@clarkguldin.com, dallen@clarkguldin.com, jricci@clarkguldin.com

BARRY L. REFSIN     brefsin@hangley.com, aegervary@hangley.com, cmchugh@hangley.com, ebloom@hangley.com, jsolt@hangley.com

CAITLIN G. COSLETT     ccoslett@bm.net, cchoe@bm.net, dwerwinski@bm.net, hginis@bm.net, sleo@bm.net

CAITLIN VIOLET MCHUGH     cmchugh@hangley.com, jbarnes@hangley.com

CARY ZHANG     czz@hangley.com

DEBORAH S. CORBISHLEY     dsc@sperlingkenny.com, 4631402420@filings.docketbird.com, aneill@sperlingkenny.com, lcr@sperlingkenny.com, mdiaz@sperlingkenny.com, mm@sperlingkenny.com, sep@sperlingkenny.com

DEVORA W. ALLON     devora.allon@kirkland.com

DIANNE M. NAST     dnast@nastlaw.com

DONALD A. ECKLUND     decklund@carellabyrne.com, 7769272420@filings.docketbird.com

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2025 NOV 20 P

DV DANIELS NJ 070
4 NOV 2025 PM 2

quadient
FIRST-CLASS MAIL
IMI
$000.74
11/03/2025 ZIP 07101
043M31257646
US POSTAGE

Jonathan J. Lerner
Pilgrim Mediation Group
4 Times Square
New York

NIXIE      100    CE 1         0111/08/25
         RETURN TO SENDER
            UNCLAIMED
         UNABLE TO FORWARD

BC: 07101              *1930-10012-04-42