

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

January 15, 2026

**VIA ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: *In re Effexor XR Antitrust Litigation,* **No. 11-5479 (ZNQ/JBD)**

Dear Judge Quraishi:

    The undersigned is counsel to Direct Purchaser Class Plaintiffs ("DPPs") in the above-captioned litigation. As Your Honor is aware, the Court has scheduled a class certification hearing for February 4, 2026. *See* ECF No. 835. DPPs write to respectfully request, in advance of the hearing, the Court's confirmation that the Court is not requiring testimony from the parties' class certification experts at the February 4, 2026 hearing. DPPs have conferred with counsel for Defendant Teva, and the parties agree that live expert testimony at the hearing is not necessary from the parties' perspectives.

    DPPs thank the Court for its continued attention to this matter.

Respectfully Submitted,

*/s/ Matthew F. Gately*
 Matthew F. Gately

cc: Counsel of Record (*via ECF*)