COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Plaintiffs
Matthew F. Gately
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600
(201) 845-9600
mfg@njlawfirm.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION | Master Docket No. 3:11-cv-05479 (PGS/LHG) |
| This Document Relates To:<br><br>Direct Purchaser Actions | **WITHDRAWAL OF APPEARANCE** |

TO:  Melissa E. Rhoads, Clerk
  United States District Court of the District of New Jersey
  Clarkson S. Fisher Building & U.S. Courthouse
  402 East State Street
  Trenton, NJ 08608

Kindly withdraw the appearance of Michaela Wallin, of the law firm Berger Montague PC, in the above captioned matter as one of the attorneys for Plaintiffs in the above-captioned matter and requests removal from electronic notification.

All other counsel of record for Plaintiffs, including the other counsel of record for Berger Montague PC, will continue to appear for the Plaintiffs in this matter.

  Respectfully submitted,
  COHN LIFLAND PEARLMAN
   HERRMANN & KNOPF LLP

Dated: January 22, 2026  */s/ Matthew F. Gately*
  Matthew F. Gately

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing Withdrawal of Appearance of Michaela Wallin on behalf of Plaintiffs using the Court's CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

                                                   */s/ Matthew F. Gately*
                                                 Matthew F. Gately