| | |
|---|---|
| William H. Trousdale<br>Arthur M. Owens<br>Clark Guldin, Attorneys at Law<br>20 Church Street, Suite 15<br>Montclair, NJ 07042<br>Tel. (973) 707-5346<br>wtrousdale@clarkguldin.com<br>aowens@clarkguldin.com | Devora W. Allon, P.C.<br>Kevin M. Neylan, Jr.<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: 212-446-4800<br>devora.allon@kirkland.com<br>kevin.neylan@kirkland.com |

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Effexor XR Antitrust Litigation<br><br>This Document Relates To:<br>All Actions | Master Docket No.<br><br>3:11-cv-05479 (PGS/JBD) |

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL

**PLEASE TAKE NOTICE** that Edwin John U of Kirkland & Ellis LLP hereby withdraws as *pro hac vice* counsel for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") in the above-captioned matter. Accordingly, please remove Mr. U from any service list, including any list for ECF notification, maintained by the Clerk of the Court and the parties.

| | |
|---|---|
| Dated: January 22, 2026 | Respectfully submitted,<br><br>*/s/ William H. Trousdale*<br>William H. Trousdale<br>Arthur M. Owens<br>Clark Guldin, Attorneys at Law<br>20 Church Street, Suite 15<br>Montclair, NJ 07042<br>Tel. (973) 707-5346<br>wtrousdale@clarkguldin.com<br>aowens@clarkguldin.com<br><br>Devora W. Allon, P.C.<br>Kevin M. Neylan, Jr.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: 212-446-4800<br>devora.allon@kirkland.com<br>kevin.neylan@kirkland.com<br><br>*Attorneys for Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.* |

**CERTIFICATE OF SERVICE**

      I herbey certify that on January 22, 2026, I electronically filed the foregoing Notice of Withdrawal of *Pro Hac Vice* counsel using the Court's CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

                                             */s/ William H. Trousdale*
                                             William H. Trousdale