COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Plaintiffs
Matthew F. Gately
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600
(201) 845-9600
mfg@njlawfirm.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re EFFEXOR XR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Direct Purchaser Actions | Master Docket No.<br>3:11-cv-05479 (PGS/LHG)<br><br>**WITHDRAWAL OF APPEARANCE** |

TO:   Melissa E. Rhoads, Clerk
         United States District Court of the District of New Jersey
         Clarkson S. Fisher Building & U.S. Courthouse
         402 East State Street
         Trenton, NJ 08608

   Kindly withdraw the appearance of Michaela Wallin, of the law firm Berger Montague PC, in the above captioned matter as one of the attorneys for Plaintiffs in the above-captioned matter and requests removal from electronic notification.

   All other counsel of record for Plaintiffs, including the other counsel of record for Berger Montague PC, will continue to appear for the Plaintiffs in this matter.

                                                              Respectfully submitted,
                                                              COHN LIFLAND PEARLMAN
                                                               HERRMANN & KNOPF LLP

Dated: January 22, 2026                    */s/ Matthew F. Gately*
                                                              Matthew F. Gately

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2026, I electronically filed the foregoing Withdrawal of Appearance of Michaela Wallin on behalf of Plaintiffs using the Court's CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

                                                */s/ Matthew F. Gately*
                                                Matthew F. Gately

                       **IT IS SO ORDERED** this **23rd** day of **January, 2026**

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE