UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: TRENTON
JUDGE ZAHID N. QURAISHI                                     DATE: FEBRUARY 4, 2026
COURT REPORTER:  MEGAN MCKAY-SOULE

CIVIL NO. 11-5479 (ZNQ)

**TITLE OF CASE:**

IN RE: EFFEXOR XR ANTITRUST LITIGATION

PROFESSIONAL DRUG COMPANY INC.

vs.

WYETH, INC.

**APPEARANCES:**
Caitlin Coslett, Esq., David Sorensen, Esq., Laurel Boman, Esq. and Matt Gately, Esq. for Direct Purchaser Class Plaintiffs
Kevin Neylon, Esq. and Bernard Cooney, Esq. for Defendant

**NATURE OF PROCEEDINGS: ORAL ARGUMENT ON [818] MOTION FOR CLASS CERTIFICATION**
Oral Argument re: Motion for Class Certification (ECF No. [818]).
Court Reserved Decision.

**TIME COMMENCED: 10:00 am**
**TIME ADJOURNED: 11:40 am**                              s/Kim Stillman
**TOTAL TIME:      1 hour and 40 minutes**                Deputy Clerk