Barry L. Refsin
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
1735 Market Street, 26th Floor
Philadelphia, PA 19103-7501
(215) 496-7031

*Attorney for Plaintiffs*
*CVS Pharmacy, Inc., Rite Aid Corporation,*
*Rite Aid HDQTRS. Corp., JCG (PJC) USA, LLC,*
*Maxi Drug, Inc. d/b/a Brooks Pharmacy*
*and Eckerd Corporation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE EFFEXOR XR ANTITRUST LITIGATION | Lead Case No.: 3:11-cv-5479 (ZNQ/JBD) |
| This Document Relates To: *CVS/Rite Aid* (No. 3:12-cv-3523) | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

**PLEASE TAKE NOTICE** that effective July 23, 2026, the Philadelphia

office of Hangley Aronchick Segal Pudlin & Schiller has relocated.  All pleadings,

papers, notices, and related correspondence should be directed to the address as

follows:

> Hangley Aronchick Segal Pudlin & Schiller
> 1735 Market Street, 26th Fl.
> Philadelphia, PA 19103-7501

The email addresses, phone, and facsimile numbers remain the same.

Dated:  July 27, 2026                    Respectfully submitted,

                                        **HANGLEY ARONCHICK SEGAL PUDLIN &
                                            SCHILLER**

                                        s/ Barry L. Refsin
                                        Barry L. Refsin
                                        1735 Market Street, 26th Floor
                                        Philadelphia, PA 19103-7501
                                        Telephone: (215) 496-7031
                                        Facsimile: (215) 568-0300
                                        brefsin@hangley.com


                                        *Attorneys for CVS Pharmacy, Inc., Rite Aid
                                        Corporation, Rite Aid HDQTRS. Corp., JCG
                                        (PJC) USA, LLC, Maxi Drug, Inc. d/b/a Brooks
                                        Pharmacy and Eckerd Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2026, the foregoing Notice of Change of Address was filed via the Court's CM/ECF system and served on counsel or parties of record by CM/ECF.

s/ *Barry L. Refsin*
Barry L. Refsin