Cohn Lifland
Pearlman Herrmann & Knopf LLP
100 YEARS
njlawfirm.com

Park 80 West–Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

August 26, 2026

**VIA ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *In re Effexor XR Antitrust Litig.*, No. 3:11-cv-05479 (ZNQ/JBD)**

Dear Judge Quraishi:

Direct Purchaser Class Plaintiffs ("DPPs") respectfully file this notice of supplemental authority to advise the Court that the Third Circuit Court of Appeals issued the attached non-precedential opinion, *In re Lipitor Antitrust Litigation*, No. 24-2184, ECF No. 98 (3d Cir. Aug. 13, 2026) (Ex. A). DPPs submit this opinion given the Court's comments about the *Lipitor* class certification appeal at the class certification hearing in this case. *See* Class Cert. Hearing Tr. at 7:15-23.

The Third Circuit affirmed Judge Sheridan's *Lipitor* class certification opinion, but did so solely on the basis that the named plaintiffs "no longer have claims" in light of the grant of summary judgment to the *Lipitor* defendants on the issue of antitrust standing. Ex. A at 17-18. Importantly, the Third Circuit did <u>*not*</u> address or affirm Judge Sheridan's *Lipitor* dicta addressing Rule 23(a)(1); rather, the Third Circuit stated: "We express no view on the rest of the District Court's opinions on the class certification motion." *Id.* at 17 n.20.

DPPs also respectfully advise the Court that the Third Circuit currently has before it an appeal of the district court's grant of class certification in *In re Generic Pharmaceuticals Pricing Antitrust Litig.*, 2025 WL 754546 (E.D. Pa. Mar. 7, 2025) ("*Generics*"), which certified classes of 69 and 128 members after applying the factors set forth in *In re Modafinil Antitrust Litig.*, 837 F.3d 238, 248 (3d Cir. 2016). *Generics*, 2025 WL 754546 at *4-7. The *Generics* defendants have appealed this class certification ruling to the Third Circuit under Rule 23(f), arguing that the *Generics* district court erred in finding Rule 23(a)(1) and Rule 23(b)(3) satisfied. Class certification is the only issue on appeal in *Generics*, and the Third Circuit *Generics* argument was held on June 2, 2026. *See In re Generic Pharms. Pricing Antitrust Litig.*, No. 25-2219, ECF No. 79 (3d Cir. June 2, 2026). DPPs respectfully wished to advise the Court of the pending *Generics*

appeal given the Court's comments about the *Lipitor* appeal, and given that the Third Circuit did not substantively address Rule 23(a)(1) in the *Lipitor* appeal.

Respectfully Submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately

cc: Counsel of Record (*via ECF*)