SPERLING
KENNY
NACHWALTER

sep@sperlingkenny.com
O 305.373.1000 | F 305.372.1861
1441 Brickell Avenue, Suite 1100, Miami, FL 33131
SPERLINGKENNY.COM

November 5, 2026

The Honorable Judge Zahid N. Quraishi
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***In re Effexor XR Antitrust Litigation*****,**
**Case No. 3:11-cv-05479-ZNQ-JBD**

Dear Judge Quraishi:

I write on behalf of the Retailer Plaintiffs in response to the Text Order that the Court entered yesterday staying a decision on class certification and administratively terminating this case pending a ruling from the Third Circuit in the *Generics* litigation. I am writing to refresh the Court's recollection that there are four non-class cases pending in this litigation: *Walgreen Co. et al v. Wyeth, Inc. et al,* Case No. 3:11-cv-06985-ZNQ-JBD; *Rite Aid Corporation et al v. Wyeth, Inc. et al*, Case No. 3:12-cv-03523-ZNQ-JBD; *Meijer, Inc. et al v. Wyeth, Inc. et al,* Case No. 3:11-cv-07504-ZNQ-JBD; and *Giant Eagle Inc. v. Wyeth, Inc.; et al*., Case No. 3:12-cv-3116. Plaintiffs in these cases have damage claims in the hundreds of millions of dollars. These cases will have to be resolved by the Court on their merits regardless of the Court's ruling on class certification.

This litigation began fifteen years ago in 2011. Given its age, and the uncertainty as to when the Third Circuit will rule, Retailer Plaintiffs respectfully contend that the most efficient way to advance this case would be for the parties to proceed to dispositive motion practice while the Court awaits guidance from the Third Circuit on class certification.

Respectfully,

*/s/ Scott E. Perwin*
Scott E. Perwin

SEP:mm